UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>MILFORD HOLDINGS, LLC, KBC )<br>BANK N.V., AUSTRALIA and )<br>NEW ZEALAND BANKING )<br>GROUP LIMITED, BNP PARIBAS, )<br>NIB CAPITAL BANK N.V., )<br>TEACHERS INSURANCE and )<br>ANNUITY ASSOCIATION OF )<br>AMERICA, WestLB AG, )<br>SUMITOMO MITSUI BANKING )<br>CORPORATION, TRUST )<br>COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT )<br>CANADA )<br>Defendants ) | 04 10857 NG<br><br>Civil Action No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff PDC Milford Power, LLC submits the following corporate disclosure statement:

PDC Milford Power, LLC is a non-governmental Massachusetts limited liability company whose 99% member is Power Development Company, LLC. No publicly held company owns 10% or more of PDC Milford Power, LLC membership interests.

595804_1

Respectfully submitted,
**PDC Milford Power Company, LLC**
By its attorneys,

*/s/ Gary C. Crossen*

Gary C. Crossen (BBO #106580)
Rebecca Tepper (BBO #567934)
Stephen G. DeLisle (BBO #650941)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

Dated: April 29, 2004

595804_1