UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC<br><br>Plaintiff,<br><br>v.<br><br>MILFORD HOLDINGS, LLC, KBC BANK N.V., AUSTRALIA and NEW ZEALAND BANKING GROUP LIMITED, BNP PARIBAS, NIB CAPITAL BANK N.V., TEACHERS INSURANCE and ANNUITY ASSOCIATION OF AMERICA, WestLB AG, SUMITOMO MITSUI BANKING CORPORATION, TRUST COMPANY OF THE WEST and EXPORT DEVELOPMENT CANADA<br>**Defendants** | 04 10857 NG<br><br>Civil Action No. |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the plaintiff PDC Milford Power Company LLC ("PDC") moves that this Court enter a preliminary injunction enjoining the defendants from taking any action to foreclose on the 5% stock holding in Milford Power Company, LLC ("MPC") currently held by Weil, Gotschal & Manges LLP under the direction of defendant KBC Bank and enjoining the defendants from taking further actions in the governance and management of MPC that reduce the current value of MPC to the detriment of MPC and PDC.

In support of this motion, the plaintiff submits the accompanying Verified

589920_1

Complaint and will submit a memorandum of law, as directed by the Court in scheduling its consideration of this motion.

          Respectfully submitted,
**PDC Milford Power, LLC**
By its attorneys,

*/s/ Gary C. Crossen*
Gary C. Crossen (BBO#106580)
Rebecca Tepper (BBO#567934)
Stephen G. DeLisle (BBO#650941)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000