AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

PDC Milford Power, LLC

V.

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10857 NG**

TO: (Name and address of defendant)

Scott McInnis, Country Head, USA
Australia and New Zealand Banking Group Limited
1177 Avenue of the Americas, 6th Floor
New York, NY  10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

APR 3 0 2004

DATE

---

PDC MILFORD POWER, LLC

                                              Plaintiff(s)

- against -    Index # 04 10857 NG

MILFORD HOLDINGS, LLC, ETAL

                                            Defendant(s)    File # 175 (D0

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 3, 2004 at 01:25 PM at

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED
1177 AVENIE OF THE AMERICAS, 6TH FLOOR
NEW YORK, NY 10036

deponent served the within SUMMONS, VERIFIED COMPLAINT, MOTION FOR INJUNCTIVE RELIEF AND CORPORATE DISCLOSURES on SCOTT MCINNIS, COUNTRY HEAD, USA therein named.

    BY LEAVING A TRUE COPY WITH ANGELA WESTLAKE, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 47 | 5'3 | 135 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 4, 2004

| JOE KNIGHT | MICHAEL SMITH | JOEL GRABER | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01KN4808827 | No. 1SM4097428 | No. 02GR4699723 | Invoice #: 360009 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires September 30, 2006 | Comm. Expires June 8, 2006 | Comm. Expires February 10, 2008 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007