AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

PDC Milford Power, LLC

**SUMMONS IN A CIVIL CASE**

V.

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

CASE NUMBER:

**04 10857 NG**

TO: (Name and address of defendant)

Wim Verbraeken, Head of Project Finance
KBC Bank N.V., New York Branch
as collateral agent
125 West 55th Street
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __thirty (30)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  APR 30 2004

UNITED STATES DISTRICT COURT/DISTRICT OF MASSACHUSETTS  Attorney: RUBIN AND RUDMAN, LLP

---

PDC MILFORD POWER, LLC

Plaintiff(s)

Index # 04 10857 NG

- against -

MILFORD HOLDINGS, LLC, ETAL

Defendant(s)   File # 225 (D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 3, 2004 at 01:41 PM at

KBC BANK N.V., NEW YORK BRANCH
125 WEST 55TH STREET, 10TH FLOOR
NEW YORK, NY 10019

deponent served the within SUMMONS, VERIFIED COMPLAINT, MOTION FOR INJUNCTIVE RELIEF AND CORPORATE DISCLOSURES on WIM VERBRAEKEN, HEAD OF PROJECT FINANCE therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 43 | 6'4 | 175 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 4, 2004

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 360011

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007