AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

PDC Milford Power, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

**04 10857 NG**

TO: (Name and address of defendant)

National Corporate Research, Ltd.
as agent for service of process for
Milford Holdings LLC
615 South Dupont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

APR 30 2004

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: May 3, 2004

NAME OF SERVER (PRINT): William Malone

TITLE: Special Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Milford Holdings LLC by serving its Registered Agent Known As National Corporate Research, Ltd At the address of 615 S. Dupont Hwy, Dover, DE 19901. Service was Accepted by Kerri Adkins at 11:32 a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/3/04
Date

Signature of Server: William E. Malone

Address of Server: 32 Luckerman Jr Ste 109 Dover DE 19504

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.