AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF <u>Massachusetts</u>

PDC Milford Power, LLC

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

## 04   10857   NG

TO: (Name and address of defendant)

Legal Department Division of Insurance
as agent for service of process for ·
Teachers Insurance and Annuity Assoc. ofAmerica
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within <u>thirty (30)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

APR 30 200

CLERK                                      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE APRIL 30, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)*   JOSEPH MARINO | TITLE   CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* BY DELIVERING SAID COPIES, TOGETHER WITH COPIES OF THE MOTIONS FOR INJUNCTIVE RELIEF AND CORPORATE DISCLOSURES, TO LEGAL DEPARTMENT DIVISION OF INSURANCE AS AGENT FOR SERVICE OF PROCESS FOR TEACHERS INSURANCE AND ANNUITY ASSOC. OF AMERICA, AND GIVING IN HAND TO TRACY BERRY, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE

## STATEMENT OF SERVICE FEES

| TRAVEL   $10.00 | SERVICES   $36.00 | TOTAL   $46.00 |
|---|---|---|

## DECLARATION OF SERVER

TIME OF SERVICE. SAID SERVICE WAS MADE AT ONE SOUTH STATION, BOSTON, MASSACHUSETTS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____APRIL 30, 2004_____
*Date*

Signature of Server   JOSEPH MARINO, CONSTABLE
%ROSCOE, BEDUGNIS, & ASSOCIATES
15 COURT SQUARE, SUITE 450
*Address of Server*
BOSTON, MASSACHUSETTS  02108

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.