AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

PDC Milford Power, LLC

V.

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10857 NG

TO: (Name and address of defendant)

National Registered Agents, Inc.
as agent for service of process for
Trust Company of the West
303 Congress Street
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

[signature]

(BY) DEPUTY CLERK

DATE  APR 30 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | APRIL 30, 2004 |
| NAME OF SERVER *(PRINT)*    JOSEPH MARINO | TITLE    CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* BY DELIVERING SAID COPIES, TOGETHER WITH COPIES OF THE MOTIONS FOR INJUNCTIVE RELIEF AND CORPORATE DISCLOSURES, TO THE NATIONAL REGISTERED AGENTS, INC. AS AGENT FOR SERVICE OF PROCESS FOR TRUST COMPANY OF THE WEST, AND GIVING IN HAND TO LISA MOGEN, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $36.00 | $46.00 |

### DECLARATION OF SERVER

SAID SERVICE WAS MADE AT 303 CONGRESS STREET, BOSTON, MASSACHUSETTS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    APRIL 30, 2004
               *Date*

*Signature of Server*    JOSEPH MARINO, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
*Address of Server*
BOSTON, MASSACHUSETTS 02108

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.