UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER LLC,<br><br>Plaintiff,<br><br>MILFORD HOLDINGS, LLC, KBC BANK N.V., AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BNP PARIBAS, NIB CAPITAL BANK N.V., TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, WestLB AG, SUMITOMO MITSUI BANKING CORPORATION, TRUST COMPANY OF THE WEST and EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Civil Action No. 04 10857 NG |

## DEFENDANT KBC BANK N.V.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO MOVE, ANSWER, COUNTERCLAIM OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant KBC Bank N.V. ("KBC"), by its attorneys, hereby moves the Court for an order extending the time for KBC, and Co-Defendants Milford Holdings, LLC, Australia and New Zealand Banking Group Limited, BNP Paribas, NIB Capital Bank N.V., Teachers Insurance and Annuity Association of America, WestLB AG, Sumitomo Mitsui Banking Corporation, Trust Company of the West and Export Development Canada (collectively, "Defendants") to move, answer, counterclaim or otherwise respond to Plaintiff's Complaint up to the later of (1) June 22, 2004, or (2) thirty (30) days after each respective Defendant is served. In support of this motion, KBC states as follows:

1. Plaintiff filed a Complaint in this action on April 30, 2004. KBC has retained Weil, Gotshal & Manges LLP to represent it in connection with this matter.

2. The remaining Defendants are not presently represented; some of the Defendants may not have been served. To the extent they have been served and/or are served with process, they will need to and/or are in the process of retaining counsel. Many of the Defendants are alleged to be incorporated outside of the United States.

3. No party or witness will be prejudiced by the requested extension. Further, the relief sought, if granted, will serve the interest of justice by providing counsel with the time to adequately research and prepare a response to Plaintiff's Complaint. Moreover, there could be judicial efficiencies if all Defendants all have a single response date.

4. Defendants have not requested any prior extensions of time.

5. Defendants reserve all rights and defenses, including, but not limited, to defenses and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of process. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

6. Counsel for KBC has conferred with Plaintiff's counsel and Plaintiff's counsel has indicated it does not oppose the requested extension of time provided that the motion does not prejudice Plaintiff's rights in connection with seeking consideration by the court of the preliminary injunction motion prior to the responsive pleading deadline.

WHEREFORE, KBC respectfully requests the Court to grant Defendants an extension of time up to the later of (1) June 22, 2004, or (2) thirty (30) days after service of the Complaint to move, answer, counterclaim or otherwise respond to Plaintiff's Complaint.

KBC BANK N.V.

By its attorneys,

_____
James L. Messenger (BBO #547236)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 773-8333

Dated: May 18, 2004

## CERTIFICATE OF SERVICE

I, James L. Messenger, hereby certify that on May 18, 2004 I served a copy of Defendant KBC Bank N.V.'s Unopposed Motion for Extension of Time for Defendants to Move, Answer, Counterclaim or Otherwise Respond to the Complaint, via hand delivery, on counsel for the Plaintiff, Gary C. Crossen, Rubin and Rudman LLP, 50 Rowes Wharf, Boston, Massachusetts 02110.

_____
James L. Messenger