UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MILFORD HOLDINGS, LLC, )<br>KBC BANK N.V., )<br>AUSTRALIA and NEW ZEALAND BANKING )<br>   GROUP LIMITED, )<br>BNP PARIBAS, )<br>NIB CAPITAL BANK N.V., )<br>TEACHERS INSURANCE and ANNUITY )<br>   ASSOCIATION OF AMERICA, )<br>WestLB AG, )<br>SUMITOMO MITSUI BANKING )<br>   CORPORATION, )<br>TRUST COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT CANADA, )<br>)<br>Defendants. )<br>) | Case No. 04 10857 NG<br><br>Magistrate Dein |

**NOTICE OF APPEARANCE**

The undersigned hereby enters his appearance as counsel for Defendant Teachers Insurance and Annuity Association of America in the above-referenced action.

*[signature]*

Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated: May 20, 2004

## CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on May 20, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record.

                                                    Sander A. Rikleen