UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER LLC,<br><br>Plaintiff,<br><br>MILFORD HOLDINGS, LLC, KBC BANK N.V., AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BNP PARIBAS, NIB CAPITAL BANK N.V., TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, WestLB AG, SUMITOMO MITSUI BANKING CORPORATION, TRUST COMPANY OF THE WEST and EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Civil Action No. 04 10857 NG |

**DEFENDANT TRUST COMPANY OF THE WEST'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO MOVE, ANSWER, COUNTERCLAIM OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Trust Company of the West ("TCW"), by its attorneys, hereby moves the Court for an order extending the time for TCW to move, answer, counterclaim or otherwise respond to Plaintiff's Complaint to June 22, 2004. In support of this motion, TCW states as follows:

1.  Plaintiff filed a Complaint in this action on April 30, 2004.

2.  No party or witness will be prejudiced by the requested extension. Further, the relief sought, if granted, will serve the interest of justice by providing counsel with the time to adequately research and prepare a response to Plaintiff's Complaint. Moreover, there could be judicial efficiencies if all Defendants all have a single response date.

3.  Defendant reserves all rights and defenses, including, but not limited, to defenses and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of process. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

4.  Counsel for TCW has conferred with Plaintiff's counsel and Plaintiff's counsel has indicated it does not oppose the requested extension of time provided that the motion does not prejudice Plaintiff's rights in connection with seeking consideration by the court of the preliminary injunction motion prior to the responsive pleading deadline.

WHEREFORE, TCW respectfully requests the Court to grant an extension of time to June 22, 2004 to move, answer, counterclaim or otherwise respond to Plaintiff's Complaint.

TRUST COMPANY OF THE WEST

By its attorneys,

_____
James L. Messenger (BBO #547236)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 773-8333

Dated: May 20, 2004

## CERTIFICATE OF SERVICE

I, James L. Messenger, hereby certify that on May 20, 2004 I served a copy of Defendant Trust Company of the West's Unopposed Motion for Extension of Time for Defendants to Move, Answer, Counterclaim or Otherwise Respond to the Complaint, via fax and first class mail, on counsel for the Plaintiff, Gary C. Crossen, Rubin and Rudman LLP, 50 Rowes Wharf, Boston, Massachusetts 02110.

_____
James L. Messenger