UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MILFORD HOLDINGS, LLC, )<br>KBC BANK N.V., )<br>AUSTRALIA and NEW ZEALAND BANKING )<br>  GROUP LIMITED, )<br>BNP PARIBAS, )<br>NIB CAPITAL BANK N.V., )<br>TEACHERS INSURANCE and ANNUITY )<br>  ASSOCIATION OF AMERICA, )<br>WestLB AG, )<br>SUMITOMO MITSUI BANKING )<br>  CORPORATION, )<br>TRUST COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT CANADA, )<br>)<br>Defendants. )<br>) | Case No. 04 10857 NG<br><br>Magistrate Dein |

**NOTICE OF APPEARANCE**

The undersigned hereby enters his appearance as counsel for the following

Defendants in the above-referenced action:

  Australia and New Zealand Banking Group Limited,
  BNP Paribas,
  WestLB AG,
  Sumitomo Mitsui Banking Corporation, and
  Trust Company of the West.

Such Defendants reserve all rights and defenses, including, but not limited to, defenses

and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of

process. By filing this Appearance such Defendants do not waive service of process, and

specifically reserve and do not waive the aforesaid defenses and objections, nor do they consent to the jurisdiction of this Court.

      /s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated:  May 24, 2004

## CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on May 24, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

      /s/ Sander A. Rikleen
Sander A. Rikleen