UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PDC MILFORD POWER, LLC., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 04 10857 NG |
| MILFORD HOLDINGS, LLC, | ) | Magistrate Dein |
| KBC BANK N.V., | ) | |
| AUSTRALIA and NEW ZEALAND BANKING | ) | |
| GROUP LIMITED, | ) | |
| BNP PARIBAS, | ) | |
| NIB CAPITAL BANK N.V., | ) | |
| TEACHERS INSURANCE and ANNUITY | ) | |
| ASSOCIATION OF AMERICA, | ) | |
| WestLB AG, | ) | |
| SUMITOMO MITSUI BANKING | ) | |
| CORPORATION, | ) | |
| TRUST COMPANY OF THE WEST and | ) | |
| EXPORT DEVELOPMENT CANADA, | ) | |
| Defendants. | ) ) | |

**CERTAIN DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR TO MOVE, ANSWER,
COUNTERCLAIM OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants:

> Australia and New Zealand Banking Group Limited,
> BNP Paribas,
> WestLB AG, and
> Sumitomo Mitsui Banking Corporation,

by their attorneys, hereby move that the Court enter an order extending the time within which

they must move, answer, counterclaim or otherwise respond to Plaintiff's Complaint, to and

including June 22, 2004.

In support of this motion, the moving Defendants state as follows:

BOS_446637_2/SRIKLEEN

1.	Plaintiff filed a Complaint in this action on April 30, 2004.  The moving Defendants have just retained Edwards & Angell, LLP to represent them in connection with this matter.

2.	No party will be prejudiced by the requested extension.  Further, the relief sought, if granted, will serve the interest of justice by providing counsel with the time to adequately research and prepare a response to Plaintiff's Complaint.

3.	The moving Defendants have not requested any prior extensions of time.

4.	The moving Defendants reserve all rights and defenses, including, but not limited to, defenses and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of process.  Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

5.	Counsel for Defendant KBC Bank N.V. has conferred with Plaintiff's counsel and Plaintiff's counsel has indicated that he does not oppose the requested extension of time for any Defendant, provided that the extension does not prejudice Plaintiff's rights in connection with seeking consideration by the court of its preliminary injunction motion prior to the responsive pleading deadline.

WHEREFORE, the moving Defendants pray that their Motion be granted.

By their attorneys,

　　　/s/ Sander A. Rikleen　　　
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph:  617·439·4444
Fx:  617·439·4170

Dated:  May 24, 2004

CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on May 24, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

                                              /s/ Sander A. Rikleen
                                              Sander A. Rikleen