UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER LLC,<br><br>Plaintiff,<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK N.V., AUSTRALIA AND<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB<br>CAPITAL BANK N.V., TEACHERS<br>INSURANCE AND ANNUITY<br>ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Civil Action No. 04 10857 NG |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMES L. MESSENGER
AS COUNSEL FOR DEFENDANT TRUST COMPANY OF THE WEST**

TO THE CLERK:

Please withdraw my appearance as attorney for plaintiff Trust Company of the West in the above-entitled case.

1. Other than the motion for preliminary injunction, there are no motions pending. When Plaintiff filed the preliminary injunction motion, Plaintiff indicated that it would "submit a memorandum of law, as directed by the Court in scheduling its consideration of this motion." This Court has not set a briefing schedule and Plaintiff has not yet filed a brief in support of its motion for preliminary injunction. On May 13, 2004,

this Court entered a Reference Order indicating that the motion for preliminary injunction was not ripe. [See Order of Reference dated 05/13/03.]

2. Sander A. Rikleen, Edwards & Angell LLP, has filed an appearance for Trust Company of the West. A copy of his notice of appearance is attached hereto.

3. No trial date has been set.

4. A copy of this Notice has been served on Trust Company of the West.

James L. Messenger, Esq. (BBO #547236)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 772-8333

Dated: May 27, 2004

## CERTIFICATE OF SERVICE

I, James L. Messenger, hereby certify that on May 27, 2004, I served a copy of the Notice of Withdrawal of Appearance as Counsel for Defendant Trust Company of the West, via first class mail, on the following individuals:

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Sander A. Rikleen, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, Massachusetts 02110

Michael Engelman, Esq.
Dickstein, Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037