AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF <u>Massachusetts</u>

PDC Milford Power, LLC

### **SUMMONS IN A CIVIL CASE**

## V.

Milford Holdings, LLC, KBC Bank N.V,
Australia and New Zealand Banking
Group Limited, BNP Paribas, NIB Capital
Bank N.V., Teachers Insurance and
Annuity Association of America, WestLB
AG, Sumitomo Mitsui Banking Corporation,
Trust Company of the West and Export Dev.
Canada

CASE NUMBER:

# 04   10857   NG

TO: (Name and address of defendant)

Douglas F. Egan
Milford Holding, LLC
c/o CPV Milford Management, LLC
8403 Colesville Road, Suite 915
Silver Spring, Maryland 20910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within <u>thirty (30)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

APR 3 0 2004

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1]  * | DATE **5/7/04    Time: 2:20 pm** | |
| NAME OF SERVER (PRINT) **Frederick Parsons, Jr.** | TITLE **Private Process Server** | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Douglas F. Egan, Authorized to accept.  Service was completed at 8403 Colesville Road, Suite 915, Silver Spring, Maryland 20910.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____**5/10/04**_____
Date

Signature of Server

**CAPITOL PROCESS SERVICES**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

* **Verified Complaint and Jury Demand, Exhibits, Plaintiff's Motion for Preliminary Injunction, and Corporate Disclosure Statement**

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.