UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PDC MILFORD POWER LLC,              )
                                    )
                Plaintiff,          )
                                    )
MILFORD HOLDINGS, LLC,              )
KBC BANK N.V., AUSTRALIA AND        )
NEW ZEALAND BANKING GROUP           )
LIMITED, BNP PARIBAS, NIB           )   Civil Action No. 04 10857 NG
CAPITAL BANK N.V., TEACHERS         )
INSURANCE AND ANNUITY               )
ASSOCIATION OF AMERICA,             )
WestLB AG, SUMITOMO MITSUI          )
BANKING CORPORATION, TRUST          )
COMPANY OF THE WEST and             )
EXPORT DEVELOPMENT CANADA,          )
                                    )
                Defendants.         )
_____)

### KBC BANK N.V.'S ASSENTED TO MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), KBC Bank N.V. ("KBC") hereby moves the Court for permission for KBC to file a Memorandum of Law in Support of KBC's Motions to Dismiss, not to exceed 32 pages.

As grounds therefore, KBC states as follows:

1.   KBC intends to file several different Rule 12(b) motions to dismiss.

2. Allowance of this motion will permit KBC to file a single Omnibus Memorandum of Law, as opposed to separate briefs for the different Rule 12(b) motions to dismiss, making it convenient for the Court and all parties.

3. All parties have assented to this motion.

Dated: June 17, 2004

Respectfully submitted.

KBC BANK N.V.

By its attorneys,

*/s/ James L. Messenger*
James L. Messenger (BBO #547236)
Andrew Troop (BBO #547179)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts  02110
Tel.: (617) 772-8300
Fax: (617) 773-8333

ASSENTED TO:

MILFORD HOLDINGS, LLC

By its attorneys,

*Daniel Cromack /dk*

Daryl J. Lapp (BBO #554980)
Daniel Gordon Cromack (BBO #652252)
Palmer & Dodge, LLP
111 Huntington Ave.
Prudential Center
Boston, Massachusetts 02199
Tel: (617) 239-0100

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BNP PARIBAS, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, WESTLB AG, SUMITOMO MITSUI BANKING CORPORATION, TRUST COMPANY OF THE WEST

By its attorneys,

*Sander Rikleen /dk*

Sander A. Rikleen (BBO #420280)
Edwards & Angell LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 439-4444

PDC MILFORD POWER, LLC

By its attorneys,

*Gary C. Crossen*

Gary C. Crossen (BBO #106580)
Rebecca Tepper (BBO #567934)
Stephen G. DeLisle (BBO #650941)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, Massachusetts 02110
Tel: (617) 330-7000