UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04 10857 NG |
| ) | |
| MILFORD HOLDINGS, LLC, ) | Magistrate Dein |
| KBC BANK N.V., ) | |
| AUSTRALIA and NEW ZEALAND BANKING ) | |
|   GROUP LIMITED, ) | |
| BNP PARIBAS, ) | |
| NIB CAPITAL BANK N.V., ) | |
| TEACHERS INSURANCE and ANNUITY ) | |
|   ASSOCIATION OF AMERICA, ) | |
| WestLB AG, ) | |
| SUMITOMO MITSUI BANKING ) | |
|   CORPORATION, ) | |
| TRUST COMPANY OF THE WEST and ) | |
| EXPORT DEVELOPMENT CANADA, ) | |
| ) | |
| Defendants. ) | |

**CERTAIN DEFENDANTS' ASSENTED TO MOTION
FOR EXTENSION OF TIME TO MOVE, ANSWER,
COUNTERCLAIM OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants:

    Australia and New Zealand Banking Group Limited,
    BNP Paribas,
    Teachers Insurance and Annuity Association of America,
    WestLB AG,
    Sumitomo Mitsui Banking Corporation, and
    Trust Company of the West.

by their attorneys, hereby move that the Court enter an order further extending the time within

which they must move, answer, counterclaim or otherwise respond to Plaintiff's Complaint, to

and including Friday, July 2, 2004.

In support of this motion, the moving Defendants state as follows:

1. The moving Defendants are planning to move to dismiss the Complaint on grounds which include lack of personal jurisdiction over at least some of such Defendants. Counsel is in the process of gathering the required supporting affidavits. Because, of necessity, the affidavit of each defendant will be different and based upon its own facts and circumstances, additional time is required for counsel to gather the required affidavits.

2. No party will be prejudiced by the requested extension and counsel to the Plaintiffs has assented to this Motion.

3. The moving Defendants reserve all rights and defenses, including, but not limited to, defenses and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of process. Nothing herein shall be construed as a waiver of any such defenses and objections or as a consent to jurisdiction.

WHEREFORE, the moving Defendants pray that their Motion be granted.

By their attorneys,

/s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph:  617·439·4444
Fx:  617·439·4170

Dated:  June 22, 2004

Assented to:

/s/ Gary C. Crossen
Gary C. Crossen – BBO# 106580
RUBIN AND RUDMAN LLP
50 Rowes Wharf
Boston, Massachusetts  02110
Ph.:  (617) 330-7000
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on June 22, 2004, I served the above document upon the other parties who have appeared herein by mailing a true copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

                                            /s/ Sander A. Rikleen
                                            Sander A. Rikleen