UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER LLC,<br><br>Plaintiff,<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK N.V., AUSTRALIA AND<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB<br>CAPITAL BANK N.V., TEACHERS<br>INSURANCE AND ANNUITY<br>ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Civil Action No. 04 10857 NG |

**AFFIDAVIT OF DANIELLE KRAUSE**
**IN SUPPORT OF KBC'S MOTION TO DISMISS**

I, Danielle Krause, declare as follows:

1. I am an associate at the law firm of Weil, Gotshal and Manges LLP, counsel for Lender Defendant KBC Bank N.V. ("KBC"). I am licensed to practice law in the State of New York and the United States District Court for the Southern District of New York. I submit this affidavit in support of KBC's Memorandum of Law in Support of Rule 12(b)(1), 12(b)(2), 12(b)(6) and 12(b)(7) Motions to Dismiss.

2. Submitted herewith in support of this motion are true and correct copies of the following documents:

a. Attached hereto as Exhibit 1 is a true and correct copy of the Bankruptcy Docket in the action entitled PDC Milford Power LLC v. Milford Holdings, LLC, KBC Bank N.V., Australia and New Zealand Banking Group Limited, BNP Paribas, NIB Capital Bank N.V., Teachers Insurance and Annuity Association of America, WestLB AG, Sumitomo Mitsui Banking Corporation, Trust Company of the West and Export Development Canada.

b. Attached hereto as Exhibit 2 is a true and correct copy of a letter from James Messenger to Gary Crossen dated June 7, 2004.

c. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the court-ordered 341 meeting for PDC, conducted on behalf of the United States Trustee, dated March 31, 2004.

d. Attached hereto as Exhibit 4 is a true and correct copy of an electronic Martindale Hubbell report listing Great Neck, New York for a Michael Zarin.

e. Attached hereto as Exhibit 5 is a true and correct copy of a listing in the white pages for Nassau County, New York for a Michael Zarin.

f. Attached hereto as Exhibit 6 is a true and correct copy of PDC Milford Power's Chapter 11 Bankruptcy Filing.

g. Attached hereto as Exhibit 7 is a true and correct copy of the complaint and attachment filed by PDC Milford Power LLC against Milford Holdings, LLC, KBC Bank N.V., Australia and New Zealand Banking Group Limited, BNP Paribas, NIB Capital Bank N.V., Teachers Insurance and Annuity Association of America, WestLB AG, Sumitomo Mitsui Banking Corporation, Trust Company of the West and Export Development Canada, dated April 29, 2004.

h. Attached hereto as Exhibit 8 is a true and correct copy of an electronic Martindale Hubble report listing Lincoln, Massachusetts for a Thomas Atkins.

i. Attached hereto as Exhibit 9 is a true and correct copy of a listing in the white pages for West Suburban Boston Area, Massachusetts for a Thomas Atkins.

  j.  Attached hereto as Exhibit 10 is a true and correct copy of the Milford Power Company, LLC v. PDC Milford Power, LLC declaratory judgment action filed on June 14, 2004.

  k.  Attached hereto as Exhibit 11 is a true and correct copy of the Response of Debtor to Request for Reconsideration and Additional Information by KBC Bank N.V., New York Branch, as Agent and Collateral Agent Regarding Application by Debtor to Retain Counsel dated April 8, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2004

                  _____
                  Danielle Krause