# EXHIBIT 1

DISMISSED, CLOSED

## United States Bankruptcy Court
## District of Massachusetts (Boston)
## Bankruptcy Petition #: 04-11521

*Assigned to:* Judge William C. Hillman
Chapter 11
Voluntary
Asset

*Date Filed:* 02/27/2004
*Date Terminated:*
06/02/2004
*Date Dismissed:* 04/26/2004

**PDC Milford Power, LLC,** *a Massachusetts*
***Limited Liability Co.***
1900 West Loop South
Ste. 770
Houston, TX 77027
Tax id: 04-3485191
***Debtor***

represented by **Jay F. Theise**
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

**Michael J. McGinnis**
1001 Louisiana
Suite N1840A
Houston, TX 77002
(713) 420-3972
Fax : (713) 420-5669

**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222
***Assistant U.S. Trustee***

| Filing Date | # | Docket Text |
|---|---|---|
| 02/27/2004 | 1 | Chapter 11 Voluntary Petition, Disclosure of Attorney Compensation in the amount of $20,000.00, Vote, 20 Largest and Matrix. Receipt Number 510716, Filing Fee in the Amount of $839 Filed by PDC Milford Power, LLC rep by Jay F. Theise. (cw, usbc) (Entered: 02/27/2004) |
| 02/27/2004 | 2 | Order to Update. Exhibit A due 3/15/2004. (cw, usbc) (Entered: 02/27/2004) |
| 02/27/2004 | 3 | Application to Employ Jay F. Theise and Rubin and Rudman LLP as Counsel With Affidavit Filed by Debtor PDC Milford Power, LLC. c/s (caf, ) (Entered: 03/01/2004) |
| 03/02/2004 | | First Meeting of Creditors scheduled on 341(a) meeting to be held on |

| | | |
|---|---|---|
| | | 3/31/2004 at 01:45 PM at Room 1190, US Trustee Office. (mjv, USBC) (Entered: 03/02/2004) |
| 03/09/2004 | <u>4</u> | Court's Notice of 341 sent. (admin, ) (Entered: 03/09/2004) |
| 03/10/2004 | <u>5</u> | Exhibit A. Filed by Debtor PDC Milford Power, LLC. N/A (caf, ) (Entered: 03/11/2004) |
| 03/11/2004 | <u>6</u> | Endorsed Order dated 3/11/2004 Re: <u>3</u> Application to Retain Jay F. Theise and Rubin and Rudman LLP as Counsel. Approved. (caf, ) (Entered: 03/11/2004) |
| 03/11/2004 | <u>7</u> | BNC Certificate of Mailing - Meeting of Creditors. Service Date 03/11/2004. (Related Doc # <u>4</u>) (Admin.) (Entered: 03/12/2004) |
| 03/19/2004 | <u>8</u> | Notice of Appearance and Request for Notice *with Certificate of Service* by Arthur R. Cormier Jr.. Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 03/19/2004) |
| 03/19/2004 | <u>9</u> | Motion to Reconsider (Re: <u>6</u> Order on Application to Employ) *and for Additional Disclosure, and Reservation of Rights; with Certificate of Service* Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 03/19/2004) |
| 03/19/2004 | <u>10</u> | Exhibit *Proposed Order with Certificate of Service* (Re: <u>9</u> Motion to Reconsider). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 03/19/2004) |
| 03/25/2004 | <u>11</u> | Hearing Scheduled for 4/14/2004 at 09:30 AM Boston Courtroom 3 - WCH RE: <u>9</u> Motion to Reconsider <u>6</u> Order on Application to Employ and for Additional Disclosure, and Reservation of Rights; with Certificate of Service Filed by Creditor KBC Bank N.V., New York Branch. Objections due by 4/12/2004 at 12:00 PM. (caf, ) (Entered: 03/25/2004) |
| 03/25/2004 | <u>12</u> | Court Certificate of Mailing. RE: <u>11</u> Hearing Scheduled for 4/14/2004 at 09:30 AM Boston Courtroom 3 - WCH RE: <u>9</u> Motion to Reconsider <u>6</u> Order on Application to Employ and for Additional Disclosure, and Reservation of Rights; with Certificate of Service Filed by Creditor KBC Bank N.V., New York Branch. Objections due by 4/12/2004 at 12:00 PM. (caf, ) (Entered: 03/25/2004) |
| 03/30/2004 | <u>13</u> | 434 (Injunctive Relief): Complaint by PDC Milford Power, LLC against Milford Holdings, LLC , KBC Bank N.V. , Australia & New Zealand Banking Group Ltd. , BNP Paribas , NIB Capital Bank N.V. , Teachers Insurance and Annuity Assoc. of America , West LB AG , Sumitomo Mitsui Banking Corp. , Trust Company of the West , |

| | | |
|---|---|---|
| | | Export Development Canada . Receipt Number 512172, Fee Amount $150 (kpm, USBC) (Entered: 03/30/2004) |
| 03/30/2004 | <u>14</u> | Certificate of Service of Notice of Hearing (Re: <u>9</u> Motion to Reconsider). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 03/30/2004) |
| 04/02/2004 | <u>15</u> | Motion to Dismiss Case *or, in the Alternative, for Relief from Stay* Filed by Creditor KBC Bank N.V., New York Branch (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C) (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>16</u> | Exhibit *D (1 of 4)* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Attachments: # <u>1</u> Exhibit D (2 of 4)) (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>17</u> | Exhibit *D (3 of 4)* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>18</u> | Exhibit *D (4 of 4)* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>19</u> | Exhibit *E* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Attachments: # <u>1</u> Exhibit F) (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>20</u> | Exhibit *E* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | <u>21</u> | Exhibit *G* (Re: <u>15</u> Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Attachments: # <u>1</u> Exhibit H# <u>2</u> Exhibit I# <u>3</u> Exhibit J# <u>4</u> Exhibit K# <u>5</u> Exhibit L# <u>6</u> Proposed Order) (Cormier, Arthur) (Entered: 04/02/2004) |
| 04/02/2004 | 22 | Motion to Seal Supplement to Motion of KBC Bank N.V., New York Branch, as Agent and Collateral Agent, To Dismiss Ch.11 Case, or, in the Alternative, for Relief from the Automatic Stay to Foreclose on Collateral With Exhbt A And B Attached. Filed by Creditor KBC Bank N.V., New York Branch (caf, ) (Entered: 04/05/2004) |
| 04/06/2004 | <u>23</u> | Hearing Scheduled for 4/14/2004 at 09:30 AM Boston Courtroom 3 - WCH Re: <u>15</u> Motion to Dismiss Case or, in the Alternative, for Relief from Stay Filed by Creditor KBC Bank N.V., New York Branch AND [22] Motion to Seal Supplement to Motion of KBC Bank N.V., |

| | | New York Branch, as Agent and Collateral Agent, To Dismiss Ch.11 Case, or, in the Alternative, for Relief from the Automatic Stay to Foreclose on Collateral With Exhibt A And B Attached. Filed by Creditor KBC Bank N.V., New York Branch. (caf, ) (Entered: 04/06/2004) |
|---|---|---|
| 04/06/2004 | 24 | Court Certificate of Mailing. RE: 23 Hearing Scheduled for 4/14/2004 at 09:30 AM Boston Courtroom 3 - WCH Re: 15 Motion to Dismiss Case or, in the Alternative, for Relief from Stay Filed by Creditor KBC Bank N.V., New York Branch AND [22] Motion to Seal Supplement to Motion of KBC Bank N.V., New York Branch, as Agent and Collateral Agent, To Dismiss Ch.11 Case, or, in the Alternative, for Relief from the Automatic Stay to Foreclose on Collateral With Exhibt A And B Attached. Filed by Creditor KBC Bank N.V., New York Branch. (caf, ) (Entered: 04/06/2004) |
| 04/06/2004 | 25 | Certificate of Service (Re: [22] Motion to Seal, ). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/06/2004) |
| 04/06/2004 | 26 | Certificate of Service (Re: 15 Motion to Dismiss Case). Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/06/2004) |
| 04/06/2004 | 27 | Joint Motion to Set Hearing (Re: 9 Motion to Reconsider, 15 Motion to Dismiss Case, [22] Motion to Seal, ) *with Certificate of Service* Filed by Creditor KBC Bank N.V., New York Branch, Debtor PDC Milford Power, LLC (Cormier, Arthur) (Entered: 04/06/2004) |
| 04/06/2004 | 28 | Motion For Expedited Determination (Re:27 Motion to Set Hearing) *with Certificate of Service* Filed by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/06/2004) |
| 04/08/2004 | 29 | Endorsed Order dated 4/8/2004 re: 28 Motion For Expedited Determination Re:27 Motion to Reschedule Hearing Filed by Creditor KBC Bank N.V., New York Branch. Granted. Hearings rescheduled to 4/26/2004 at 10:30am. (caf, ) (Entered: 04/08/2004) |
| 04/08/2004 | 30 | Endorsed Order dated 4/8/2004 re: 27 Joint Motion Reschedule Hearing Re: 15 Motion to Dismiss Case And [22] Motion to Seal. Filed by Creditor KBC Bank N.V., New York Branch, Debtor PDC Milford Power, LLC. Granted. Hearing rescheduled for 4/26/2004 at 10:30 AM Boston Courtroom 3 - WCH. Attorney Cormier to notify all parties of new date and submit a certificate of service to the court. (caf, ) (Entered: 04/08/2004) |
| 04/08/2004 | 31 | Certificate of Service of Notice of Hearing (Re: 9 Motion to Reconsider, 15 Motion to Dismiss Case, [22] Motion to Seal, ). Filed |

| | | |
|---|---|---|
| | | by Creditor KBC Bank N.V., New York Branch (Cormier, Arthur) (Entered: 04/08/2004) |
| 04/08/2004 | <u>34</u> | Response by Debtor PDC Milford Power, LLC Re: <u>9</u> Request Motion for Reconsideration and additional information Re: <u>6</u> Order on Application to Employ Filed by Creditor KBC Bank N.V., New York Branch. c/s (caf, ) (Entered: 04/12/2004) |
| 04/10/2004 | <u>32</u> | BNC Certificate of Mailing - PDF Document. Service Date 04/10/2004. (Related Doc # <u>29</u>) (Admin.) (Entered: 04/12/2004) |
| 04/10/2004 | <u>33</u> | BNC Certificate of Mailing - PDF Document. Service Date 04/10/2004. (Related Doc # <u>30</u>) (Admin.) (Entered: 04/12/2004) |
| 04/14/2004 | <u>35</u> | Response by Debtor PDC Milford Power, LLC Re: <u>15</u> Motion to Dismiss Case or, in the Alternative, for Relief from Stay Filed by Creditor KBC Bank N.V., New York Branch AND [22] Motion to Seal Supplement to Motion of KBC Bank N.V., New York Branch, as Agent and Collateral Agent, To Dismiss Ch.11 Case, or, in the Alternative, for Relief from the Automatic Stay to Foreclose on Collateral. c/s (caf, ) (Entered: 04/15/2004) |
| 04/22/2004 | <u>36</u> | Reply *with Certificate of Service* by Creditor KBC Bank N.V., New York Branch Re: <u>34</u> Response by Debtor PDC Milford Power, LLC Re: <u>9</u> Request Motion for Reconsideration and additional information Re: <u>6</u> Order on Application to Employ Filed by Creditor KBC Bank N.V., New York Branch. c/s (caf, ) (Cormier, Arthur) (Entered: 04/22/2004) |
| 04/22/2004 | <u>37</u> | Reply *with Certificate of Service* by Creditor KBC Bank N.V., New York Branch Re: <u>35</u> Response by Debtor PDC Milford Power, LLC Re: <u>15</u> Motion to Dismiss Case or, in the Alternative, for Relief from Stay Filed by Creditor KBC Bank N.V., New York Branch AND [22] Motion to Seal Supplement to Motion of KBC Bank N.V., New York Branch, as Agent and Collateral Agent, To Dismiss Ch.11 Case, or, in the Alternative, for Relief from the Automatic Stay to Foreclose on Collateral. c/s (caf, ) (Cormier, Arthur) (Entered: 04/22/2004) |
| 04/26/2004 | | Hearing Held RE: <u>30</u> Order on Motion To Set Hearing re: <u>15</u> Motion to Dismiss Case And [22] Motion to Seal. Filed by Creditor KBC Bank N.V., New York Branch, Debtor PDC Milford Power, LLC. (caf, ) (Entered: 04/27/2004) |
| 04/26/2004 | <u>38</u> | Order dated 4/26/2004 re: <u>15</u> Motion to Dismiss Case or, in the Alternative, for Relief from Stay Filed by Creditor KBC Bank N.V., New York Branch. Granted as to motion to dismiss. Case Dismissed. <u>9</u> Request for Reconsideration for Additional Information filed by Creditor KBC Bank N.V., New York Branch. Moot. (caf, ) (Entered: |

| | | |
|---|---|---|
| | | 04/27/2004) |
| 04/27/2004 | <u>39</u> | Notice of Dismissal (caf, ) (Entered: 04/27/2004) |
| 04/27/2004 | <u>40</u> | Notice of Appearance and Request for Notice by Michael J. McGinnis. Filed for Debtor PDC Milford Power, LLC c/s (mjt, usbc) (Entered: 04/29/2004) |
| 04/29/2004 | <u>41</u> | BNC Certificate of Mailing. Service Date 04/29/2004. (Related Doc # <u>39</u>) (Admin.) (Entered: 04/30/2004) |
| 04/29/2004 | <u>42</u> | BNC Certificate of Mailing - PDF Document. Service Date 04/29/2004. (Related Doc # <u>38</u>) (Admin.) (Entered: 04/30/2004) |
| 05/25/2004 | <u>43</u> | Transcript of Hearing Held 4/26/2004 RE: <u>9</u>Motion to Reconsider filed by Creditor KBC Bank N.V., New York Branch, <u>15</u> Motion to Dismiss Case filed by Creditor KBC Bank N.V., New York Branch, [22] Motion to Seal,filed by Creditor KBC Bank N.V., New York Branch (mjt, usbc) (Entered: 05/25/2004) |
| 06/02/2004 | | Bankruptcy Case Closed (caf, ) (Entered: 06/02/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/04/2004 11:43:19 | | |
| **PACER Login:** | wg0189 | **Client Code:** | 56032.0003-3236 |
| **Description:** | Docket Report | **Case Number:** | 04-11521 |
| **Billable Pages:** | 4 | **Cost:** | 0.28 |

# EXHIBIT 2

# WEIL, GOTSHAL & MANGES LLP

100 FEDERAL STREET
BOSTON, MA 02110

(617) 772-8300
FAX: (617) 772-8333

AUSTIN
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

June 7, 2004

JAMES L. MESSENGER
DIRECT LINE (617) 772-8329
E-MAIL: james.messenger@weil.com

## VIA FAX

Gary C. Crossen, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, Massachusetts  02110

       Re:    <u>PDC Milford Power, LLC v. KBC Bank N.V., et al.</u>,
               U.S.D.C. (D. Mass.), Civil Action No. 04 10857 NG

Dear Gary:

       I am writing in connection with our discussions concerning the foreclosure of PDC's interest, if any, in Milford Power Company, LLC ("Milford"). You had previously asked me to confirm that it would not be possible for KBC Bank N.V., New York Branch, as Agent and Collateral Agent ("KBC") to foreclose prior to June 30, 2004, with the understanding that KBC had and/or would commence steps to begin foreclosure proceedings. Pursuant to earlier discussions, I had sent you a draft stipulation, but I have not heard any response. I assume that I have not heard back from you because you have been on trial.

       Because it is not possible to predict when you will be back to me about the draft stipulation, at this time, KBC represents that it will not conclude a foreclosure sale on PDC's membership interest, if any, in Milford (the "Collateral"), prior to June 30, 2004, unless it gives you at least one week's notice. As we have discussed, KBC, as Agent, and the other lenders (as appropriate), intend, prior to June 30, 2004 and other than as required by applicable law, without any additional prior notice, to take any and all actions required before a foreclosure sale can be conducted with respect to the Collateral, whether judicial or non-judicial, including filing complaints or such other pleadings and documents in connection with judicial foreclosure and providing notices and/or advertising a foreclose sale (as may otherwise be required, if at all, by applicable law), in connection with the non-judicial foreclosure sale, and that these events will take place and/or have taken place.

WEIL, GOTSHAL & MANGES LLP

Gary C. Crossen, Esq.
Page 2
June 7, 2004


I believe this letter is consistent with the discussions we have had during the last three weeks or so, except for the possibility that we reserve the right now to conclude a foreclosure sale on the membership interest, if any, prior to June 30, 2004, after providing you with one week's notice.

This letter does not waive any defenses and objections, including, without limitation, any defenses and objections as to venue, personal jurisdiction, subject matter jurisdiction or service of process and nothing in this letter shall be construed as a waiver of any defenses or objections, or as a consent to jurisdiction.

Regards.

Very truly yours,

James L. Messenger

cc:  Rebecca Tepper, Esq.
     Stephen G. DeLisle, Esq.

WEIL, GOTSHAL & MANGES LLP

Gary C. Crossen, Esq.
Page 3
June 7, 2004


bcc:   Howard B. Comet, Esq.
       Warren T. Buhle, Esq.
       Mitchell D. Haddad, Esq.
       Andrew M. Troop, Esq.
       Arthur R. Cormier, Esq.
       Danielle Krause, Esq.