# EXHIBIT 4



## martindale.com
## Lawyer Locator

Careers | Terms of Use | Services | Products | Contact Us | About Us | Site Info | Home | Quick li

**Lawyer Locator**
Search Lawyer Locator
❏ By Lawyer
   By Location/Area of Practice
   By Industry/Practice Groups
   By Firm
   By Corporate Law Departments
   By US Government
   By US Law Faculty
Join the Legal Network
Request a Listing
About Lawyer Locator

**Legal Articles**

**Dispute Resolution**

**Experts and Services**

**Legal Personnel**

**Legal Careers**

**Professional Resources**

**Customer Service**

LexisNexis®
Martindale-Hubbell®

FEEDBACK ))

Add the Lawyer Locator
and Article Search
to your web site
LexisNexis™
Martindale-Hubbell®

More resources...
❏ lawyers.com
❏ Practice Development
Center
❏ Counsel to Counsel Forums
❏ corporate.martindale.com
❏ eAttorney
❏ LexisNexis™
❏ LawCommerce.com℠
❏ LawyerLocator.Co.Uk
❏ Anwalt24.de
❏ martindale.co.il

## Search the Lawyer Locator

New Search    Search Results    Next Listi

**Michael S. Zarin**
Pres.
Wellfleet Investments, LLC
Great Neck, New York
(Nassau Co.)

Born 1932; Admitted 1956; Dartmouth College, A.B.; Columbia University, J.D.

New Search    Search Results    Next Listi

▲ top

Lawyer Locator | Legal Articles | Dispute Resolution | Experts and Services
Legal Personnel | Legal Careers | Professional Resources | Customer Service

Home | Contact Us | About Us | Site Info | Products | Services
Media Room | Banner Sponsorships

Copyright | Terms & Conditions | Privacy Policy

# EXHIBIT 5

# White Pages



# Nassau

## RESIDENCE LISTINGS

For a complete alphabetical listing of business telephone numbers,
please refer to the BUSINESS LISTINGS section.

## Area Code 516

| Full Name | Abbreviation | Full Name | Abbreviation | Full Name | Abbreviation | Full Name | Abbreviation | Full Name | Abbreviation |
|---|---|---|---|---|---|---|---|---|---|
| Albertson | Albrtsn | Garden City South | Grdn Cty S | Lattingtown | Latgtwn | North Massapequa | N Maspqa | Roslyn Harbor | Rslyn Hrbr |
| Atlantic Beach | Atl Bch | Glen Cove | Gln Cov | Laurel Hollow | Laurl Hlo | North Merrick | N Mrik | Roslyn Heights | Rslyn Hts |
| Baldwin | Bldwn | Glen Head | Gln Hd | Lawrence | Lwrnce | North New Hyde Park | N Nw Hyd Pk | Saddle Rock | Sadi Rok |
| Baldwin Harbor | Baldwin Hbr | Glenwood Landing | Glnwd Ldg | Levittown | Levitwn | North Valley Stream | North Vly Strm | Sands Point | Snds Pt |
| Bay Park | Bay Pk | Great Neck | Grt Nk | Lido Beach | Lido Bch | North Wantagh | N Wntagh | Sea Cliff | Se Clf |
| Bayville | Bayvl | Great Neck Estate | Grt Nk Est | Locv Valley | Loc Vly | North Woodmere | N Wdmr | Seaford | Sefrd |
| Bellmore | Blmr | Great Neck Plaza | Grt Nk Plz | Long Beach | Lng Bch | Oceanside | Ocnsid | Seaford Harbor | Sefrd Hrbr |
| Bethpage | Bthpg | Greenvale | Grnvl | Lynbrook | Lynbrk | Old Bethpage | Old Bthpg | Searingtown | Sergtwn |
| Brookville | Brkvl | Harbor Acres | Hrbr Acrs | Malverne | Mlvrn | Old Brookville | Old Brkvl | South Farmingdale | South Frmgdl |
| Carle Place | Crl Pl | Harbour Green | Hrbr Grn | Manhasset | Manhst | Old Westbury | Old Wstbry | South Floral Park | S Flrl Pk |
| Cedarhurst | Cdrhrst | Hempstead | Hmpstd | Manhasset Hills | Manhst Hls | Oyster Bay | Oystr Bay | South Hempstead | S Hmpstd |
| Centre Island | Cntr Isl | Hempstead Gardens | Hmpstd Gdns | Manorhaven | Mnrhvn | Oyster Bay Cove | Oystr Bay Cov | Stewart Manor | Stwrt Mnr |
| Cove Neck | Cov Nk | Hewlett | Hewit | Massapequa | Maspqa | Plainedge | Plainedg | Syosset | Syoset |
| East Hills | E His | Hewlett Bay Park | Hwlt Bay Pk | Massapequa Park | Maspqa Pk | Plainview | Plainvw | The Terrace | The Terac |
| East Massapequa | E Maspqa | Hewlett Harbor | Hwlt Hrbr | Matinecock | Matnck | Plandome | Plandm | Thomaston | Tnostn |
| East Meadow | E Medo | Hewlett Neck | Hwlt Nk | Meadowmere Park | Medo Pk | Plandome Heights | Plndm Hts | Uniondale | Uniondl |
| East Norwich | E Nrwch | Hicksville | Hksvl | Merrick | Mrick | Plandome Manor | Plndm Mnr | Upper Brookville | Upr Brkvl |
| East Rockaway | E Rkwy | Hillside Heights | Hillside Hgts | Mill Neck | Mil Nk | Point Lookout | Pt Lkout | Valley Stream | Vly Strm |
| East Williston | E Wlstn | Inwood | Inwd | Mineola | Mnola | Port Washington | Pt Wash | Wantagh | Wntagh |
| Elmont | Elmnt | Island Park | Isl Pk | Mitchell Field | Mitchl Fld | Port Washington North | Pt Wash N | West Hempstead | W Hmpstd |
| Farmingdale | Frmgdl | Island Trees | Isl Trees | Munsey Park | Mnsy Pk | Rockville | Rockvle | West Oceanside | West Ocnsid |
| Floral Park | Flrl Pk | Jericho | Jericho | Muttontown | Mutntwn | Rockville Centre | Rkvl Cntr | Westbury | Wstbry |
| Flower Hill | Flwr Hl | Jones Beach | Jnes Bch | New Cassel | New Casl | Roosevelt | Rsvlt | Williston | Wiistn |
| Franklin Square | Frnkln Sq | Kensington | Knsgtn | New Hyde Park | Nw Hyd Pk | Roosevelt Field | Rsvlt Fld | Williston Park | Wlstn Pk |
| Freeport | Freprt | Kings Point | Kngs Pt | North Baldwin | N Bldwn | Roosevelt Raceway | Rsvlt Rcwy | Woodbury | Wdbry |
| Garden City | Grdn Cty | Lake Success | Lk Succes | North Bellmore | N Blmr | Roslyn | Rslyn | Woodmere | Wdmr |
| Garden City Park | Grdn Cty Pk | Lakeview | Lakevw | North Hills | N His | Roslyn Estates | Rslyn Est | Woodsburgh | Wdsbrg |

R
E
S
I
D
E
N
C
E

L
I
S
T
I
N
G
S

## A

1 A  237 Maple Av Uniondl .................538-6806
A  37 3 St Gln Cov .......................656-0255
Brass  2967 Yale Pl Bldwn................546-4003
Morgan  North Pt Wash....................944-7053
R  1 Maple Dr Grt Nk......................466-1393
1AB Douglas E  2104 Spruce Wntagh......785-3908
Gregory  10 Scherr Pl Rsvlt.............623-5462
1ADAL Scott  548 Meryl Dr Wstbry........997-7047
1ADLAND William J
    12 James Rd Antny1.................631 842-2126
1 A H R C A A H R C
    35 Circle Dr Gln Cov.................674-4749
1ALBUE Catherine
    1 Greenwich Hmpstd..................483-6975

1ALBUE Richard J
    131 Munson Av W Hmpstd.............292-3364
1AALTO J.................................887-9297
    John  23 Catalpa Av Lynbrk..........887-8930
    Sule  17 Catalpa Av Lynbrk..........593-8401
1AMER Hussein
    692 Scranton Ave E Rkwy.............608-1390
1AAMES Henry  36 Forest Av Plainvw.....935-8327
1ANENSEN Harold E
    156 Manor Pkwy Uniondl.............481-3397
1ANONSEN Fritjof  15 Ellen Bthpg.......935-3549
1AARNE Edward  7 Bayview E E Rlwy......599-2479
    George W  7 E Bayvw E Rkwy..........599-3824
1AARON Alan 1  3028 Judith Dr Mrick....868-4182
    Andrew  35 Kings Point Rd Kngs Pt...829-6959
    Barry 1  65 Firwd Rd Pt Wash........883-5792
    C  10 Mirreless Cir Grt Nk..........482-1986
    Daniel D  360 Shore Rd Lng Bch......432-4365
    Derrick  20 Old Mill Ct Rlwl Cntr...764-3181
    E  2105 Parkside Dr Sefrn...........221-9077
    E M  11 Bobwhite Ln Hksvl...........433-7873
    Eileen  245 N 10 Bthpg..............931-6212
    Frederic H.........................883-0511

1AARON G  411 Church Av Wdmr...........569-6208
    Ida  57 Harris Av Freprt............868-4536
    Ira  155 E Shore Rd Manhst..........365-0053
    Jack  104 Brittle Ln Hksvl..........935-1748
    Jarett  83 Maple Grt Nk.............487-5313
    H..................................773-1326
    Lorraine  351 W Broadway Lng Bch....889-4565
    Merik & Karen
        205 Richards Ln Hewit..........374-1910
    Mitchell  30 The Mews Syoset........364-4509
    Neil...............................826-5072
    Neil...............................826-5078
    Olivia  1974 Chelsea Elmnt..........354-3515
    R  93 Caffrey Av Bthpg..............681-5267
    R  559 Richmnd Rd E Medo............489-8194
    Regina  83 Caffrey Av Bthpg.........661-5247
    Richard  92 Chase Rd Manhst........627-5918
    Robert  11 Bobwhite Ln Hksvl........433-7873
    Robert  11 Bobwhite Ln Hksvl........933-6020
    Schlomo  21 Kodiak Dr Wdbry.........692-2437
    Stanley  45 Saitga Dr Jrcho.........433-8899

1AARON Stuart & Rhonda
    916 Woodmere Dr Vly Strm...........791-5031
1AARONS SEE ALSO
    AHRENS,AARONS
1AARONS Bruce  37 Marina Rd Isl Pk.....431-8435
    Dennis  3123 Clubhse Rd Mrick.......623-0138
    Jean & David
        45 Vernon Av E Nrwch...........922-1753
    Lawrence  57 The Circle Gln Hd......671-8778
    Lawrence  57 The Circle Gln Hd......671-8855
    Osmond  135 Beverly Rd Hmpstd.......539-7503
    Raymond
        130 Harmony Dr Maspqa Pk.......798-6944
    Raymond R
        130 Harmony Dr Maspqa Pk.......798-7881
    Sam  27 Arthr Dr E Rkwy............374-5168
    Tracy  240 St Marks Av Freprt.......377-5970
1AARONSON SEE ALSO AARONSON
1AARONSON Beth
        760 Flagstaff Av Wsbry.........997-1827
    Craig  1496 New Av Hewit...........892-1590
    Don S  2532 Astor Pl S Wstbry......333-7275
    E D  8 Barstow Rd Grt Nk...........629-9336

1AARONSON G...........................766-4497
    Gary................................678-0238
    Gary & Stacey
        46 Schenck Av Grt Nk...........466-6332
    Jordan M...........................897-0038
    Jordan M  600 Shore Rd Lng Bch.....432-0804
    L..................................489-9001
    Lawrence  11 Westwd Cir E His.......621-4486
    Lawrence  11 Westwood Cir E His....621-4730
    Lawrence & Sharon
        17 Mass Rd Syoset..............933-1073
    Lynn  600 Shore Rd Lng Bch.........897-3524
    M..................................536-0961
    Melvyn  5 Schenck Av Grt Nk........829-6434
    Paul  5 Schenck Av Grt Nk..........829-0855
    Robert  10 S Bay Av Freprt.........379-8406
    Ruth  600 Shore Rd Lng Bch.........889-3256
    S  69 Westminster Rd Lk Succes.....466-6380
    Sharon  1 Sugar Maple Dr Rslyn.....877-9758
    Sheldon
        205 S Middle Neck Rd Grt Nk....773-3119
    Warren G  16 Cedar Dr Maspqa.......541-5497
    Warren G  16 Cedar Dr Maspqa.......541-5538

ZAPPIA Gail 442 Maren W Hmpstd....485-3758
Jodi 61 Burton Av Plainvw....938-6468
John 2232 Pintrk Rd N Wstbry....334-2548
John Jr 2326 Adolfo Pl Wstbry....334-7031
M 153 Bernedt Av Rsvl Cntr....763-1099
Natale 4r 637 Beray Lynbrk....593-5113
Philomena 1275 Bruce Elmnt....328-2733
Rocco 348 Princeton Rd Rsvl Cntr....764-8890
ZAPPINO Pasquale
  45 West End Av Jewd....239-8373
ZAPPOLA Henry 141 Wiag Av Elmnt....354-5954
Steven 17 Duane Hmpstd....752-3320
ZAPPOLI V 380 Holms Plainvw....735-4298
ZAPPOLO C 536 Oakley Av Elmnt....354-0130
John F 19 Virginia Dr Elmnt....328-8514
Michael 101 Euston Rd W Hmpstd....538-8198
Robert P 58 Vanderwater Frmgdl....756-3175
William 5 Leonard Frmgdl....249-8616
William P 3672 Prairie Path Bthpg....735-2136
ZAPPONE Jenine
  215 Orchid Rd Levitwn....520-3074
ZAPPULLA A 474 Roland Wstbry....334-4975
H P 26 Tenafly Dr Nw Hyd Pk....747-4080
M 474 Rutland Wstbry....876-1044
Nancy 210 1 Av Nw Hyd Pk....437-0020
Peter H 3654 Crest Rd Wntagh....221-2276
Peter H 3654 Crest Rd Wntagh....221-4241
ZAPRYLUK Paul
  130 Tamens Pond Rd Grdn Cty....352-4861
ZAPSON Michael 93 Kerrigan Lng Bch....432-5772
Sami 143 Pool Blvd Lng Bch....431-9335
ZAPTIN G 112 Denton Av Lynbrk....887-4599
R 5 Donald Pl E Mwy....887-9172
ZAPUT James
  795 Wyngate Dr E Vly Strm....561-0826
L 795 Wyngate Dr E Vly Strm....561-7903
ZAR Aaron & Shulamit
  45 Forest Row Grt Nk....504-1146
Abdolrahman
  45 Forest Row Grt Nk....504-7575
Abdulrahim 130 Baynew Av Grt Nk....487-4411
Babak 12 Beverly Rd Grt Nk....466-4109
Danial 196 Kings Point Rd Grt Nk....482-2661
David 512 E Shore Rd Grt Nk....829-5449
Djalal 22 Tain Dr Grt Nk....779-3932
Farshid 37 Carriage Rd Grt Nk....466-5772
Fred 37 Carriage Rd Grt Nk....829-1325
Jamshid 10 Carriage Rd Grt Nk....487-1373
Jamshid 10 Carriage Rd Grt Nk....487-2662
Jamshid 10 Carriage Rd Grt Nk....487-7818
K....773-3268
Kamyar 13 North Rd Grt Nk....773-4875
Khosrow....773-2472
Korosh 143 Middle Neck Rd Grt Nk....829-4959
Mansour 22 Sinclair Dr Grt Nk....487-2831
Manuchehr 9 Wimbleton Ln Grt Nk....466-0386
Nasser 54 Bayview Av Grt Nk....482-6370
Nosratollah 37 Carriage Rd Grt Nk....829-6630
Payam 54 Bayview Av Grt Nk....482-4093
Ramin 360 Middle Neck Rd Grt Nk....482-1834
Saeed 70 Hillside Av Rslyn Hts....621-0265
Shahla 16 Locust Dr Grt Nk....487-0065
Soheil 39 Edgewood Pl Grt Nk....829-5595
ZARA G J 442 Jackson Av Mineola....746-5678
Louis A 37 Joyce Av Maspqa....795-5821
ZARABI Akhtar 27 Genevieve Pl Grt Nk....829-4746
Isaac 5 Gould Grt Nk....829-1657
Mansour 43 Sherwood Ln Rslyn Hts....621-4181
Mike 43 Sherwood Ln Rslyn Hts....621-4181
Parviz 119 Corydon Av Grt Nk....829-5060
ZARABIAN Anvar 350 Elm Dr Rslyn....484-7370
ZARABOZO Eutimio J
  600 Northern Pkwy Uniondl....489-7360
ZARADICH Lillian & Henry
  2422 Pendroy E Medwd....785-0078
William R
  315 N Central Av Vly Strm....872-1986
ZARAGOZA Anthony
  2454 Babylon Wntagh....221-5322
Robert 993 E Beway Wdmr....569-3863
ZARAHN Rita
  106-80 Central Park Rd Plainvw....576-0686
ZARAKAS M 97 Polo Alto Dr Plainvw....935-0003
ZARANSKY Leslie
  26 Marcie Av Pt Wash....883-6397
Marc L 25 Thompson Dr E Rkwy....374-7986
Michele 190 1 St Mineola....248-5076
ZARAS Kenya
  90 Lakeville Rd Nw Hyd Pk....775-0798
Omar 63 Av Pt Wash....883-5740
ZARASPE R 438 E State Lng Bch....432-2399
ZARATAN Pucita 42 W Olive Lng Bch....889-8455
ZARATE Alberto
  30 Lenox Rd Rkvl Cntr....766-4821
C 20 Richard Ct Plainvw....822-3792
Carlos 8 Crow Ln Gln Cv....674-3974
Herminio 459 Maren W Hmpstd....489-3447
Javier 41 Roy Plainvw....689-4372
Juan 676 Union Av Wstbry....334-4852
Marlin 141 Ruxton Uniondl....481-9174
Mary 3154 Jefferson Av Wntagh....767-9567
Salvador 4 Garland Ln Wstbry....334-9570
Socorro Mrs 15 Dorothy Pl Lynbrk....599-3894
ZARATIN Dominick
  228 Town Path Gln Cv....671-1380
Joseph 84 Church Jewd....802-5685
Joseph 84 Church Jewd....802-5688
Linda 84 Church Jewd....921-5685
ZARATZIAN Richard
  297 Carlne Av Frnklin Sq....538-0641
ZARAVIA Alejandro
  10 Burns Av Gln Cv....671-2062
ZARAY Sandra D
  125 Gladys Av Hmpstd....292-4095
ZARB A 196 N Bellmore Rd Levitwn....735-3005

ZARB Brian 196 N Bellmore Rd Levitwn....735-0490
Harry 117 Mayfair Av Flrl Pk....354-8067
Harry 117 Mayfir Av Flrl Pk....354-3773
ZARBA Anthony J 2958 Court Oceanside....764-9716
  1 1485 Front E Medw....542-0833
Sacha 81 Somerset Dr Grt Nk....482-5628
ZARCADOOLAS A 18 Spruce Grt Nk....829-5237
ZARCENSKY Linda 15 Prose Hksvl....433-1639
ZARCHY Alan 226 Gilmor Wtstm Pk....741-9854
Donald 234 Andrews Rd Mineola....746-1828
Joseph 1124 Cedar Dr N Nw Hyd Pk....741-3542
Jos 1124 Cedar Dr N Nw Hyd Pk....746-3923
ZARCONE Andrea
  120 Cherry Dr W Plainvw....938-1950
Anthony J
  345 Cambridge Av Grdn Cty....486-1825
Christine 30 Elliott Pl Frnprt....379-5424
John 3641 Centerview Av Wntagh....785-6321
John J 327 Sefrd Av Maspqa....798-3743
Joseph 70 Mill Rd Frmgdl....752-0148
Salvatore 30 Elliott Pl Frnprt....379-0275
ZAREFSKY Gilbert
  23 Cranbry Ln Bthpg....935-9815
M 32 Catherl Av Hmpstd....486-5475
ZAREH Cyrus 93 Stratford S Rslyn Hts....621-2846
Houshang
  20 The Serpntne Rslyn Est....484-0702
ZAREK Alex 769 N Ascan Elmnt....825-3568
Alex 769 N Ascan Elmnt....825-3574
Alex 769 N Ascan Elmnt....825-3608
J 769 N Ascan Elmnt....825-3386
Mary 6 Barbara Cir Maspqa....799-1160
Patricia 6 Barbara Cir Maspqa....798-1315
Peter 231 Bert Av Wstbry....333-6358
ZARELLI Steven 25 John Lynbrk....887-7937
ZAREMBA Alan
  35 Bourndale Rd S Manhst....627-7223
Ann 332 Massoa Blvd Nw Hyd Pk....741-8706
Carolyn 31 Bayles Av N Pt Wash....767-6573
F 3962 Bernice Rd Sefrd....785-7690
Felix P Harbor Rd Hrbr Acres....883-1623
Frank & Walter
  3962 Bernice Rd Sefrd....785-7469
Gary
  45 Orchard Beach Blvd Pt Wash....944-2488
H Leonard 101 Summit Dr Manhst....627-4695
J 98 Devonshire Dr Nw Hyd Pk....741-4903
James 121 Capitolian Blvd Rkvl Cntr....678-3494
James 121 Capitolian Blvd Rkvl Cntr....678-6402
John 34 4 Av Grdn Cty Pk....742-5891
Julie Csw
  75 S Middle Neck Rd Grt Nk....504-1881
Mari 139 Midwd Av Frmgdl....753-0126
Mary 277 Bridle Path Ln Mll Nk....767-8372
Mary 32 Elz Frmgdl....249-8532
S 221 Nassau Av Manhst....627-3081
Stanley T 146 N Bostn Av N Maspqa....249-5703
Susan And Kevin
  1530 Lakeside Dr Wntagh....826-6277
T J 96 Clark Av Maspqa....541-4266
William J 71 Bogart Av Pt Wash....883-7899
ZAREMBER Barry
  2597 Grant Blvd N Blmr....781-5585
Doris 1436 Bellmore Rd Blmr....221-8036
Martin 4 2670 Edison Pl N Blmr....781-1225
ZAREMBO Theodore A
  21 Chestnut Grdn Cty....747-5872
ZAREMSKI Stanley
  3641 De Mot Av Wntagh....826-5767
ZAREMSKY Jos
  8 Margaret Dr Plainvw....433-4016
ZAREN Bernard 50 Winwod Dr Wntagh....735-9329
ZARENO M A
  204 Greenway Rd Lng Bch....889-6762
ZARET Anita 1607 Hereford Rd Hewtt....374-1875
David 11 Wooleys Ln Grt Nk....466-4496
Edward 575 Westminster Rd Blmr....223-4625
Frank 1104 Forchelli Av Wstbry....324-5922
Rebecca 1607 Hereford Rd Hewtt....569-0994
ZARETSKY B 10 W Broadway Lng Bch....431-0197
C M 240 Anchor Av Oceanside....764-0736
Charles G 2678 Elm Dr N Blmr....785-7273
David & Sophie
  30 Barstow Rd Grt Nk....466-2638
Herbert 23 Cloister Ln Hksvl....796-4659
Herbert H
  17 Farragut Rd Old Bthpg....293-6786
Ira 1243 Allen Dr Sefrd....783-6377
Joyce 6 Mellow Ln Jrcho....931-6908
L 17 Farragut Rd Old Bthpg....694-8945
M....764-2820
S 5 Pony Circle Rslyn Hts....625-3612
Martha & Lawrence....799-0090
Max S 60 Prince Dr Seghtwn....621-7024
Michael 18 Pond Park Rd Grt Nk....829-0147
Michael 18 Pond Park Rd Grt Nk....829-1608
Sam & Dan....799-3092
Sherry 2557 Elderberry Rd Blmr....679-4715
Simeon 33 Maplewood Dr Hewtt....295-2421
Steven 10 Lowland Rd Levitwn....735-0040
ZARETT Bruce
  455 Langley Av W Hmpstd....483-7628
J 141 Woodmere Blvd Wdmr....374-5313
ZARETZKY Howard
  14 Sterlin Ln Wdbry....364-6233
ZARGARI J 252 Denton Av Lynbrk....599-3569
Kiumars 38 Croyden Av Grt Nk....504-1259
Nemat 9 Martin Ct Grt Nk....482-7699
ZARGAROFF Dariush
  16 Solit Rock Rd Kngs Pt....482-5538
ZARGHAMI Gholam
  6 Plymouth Rd Pt Wash....883-0377
Rachel 89 Oyster Bay Rd Lng Vly....938-1072
  227 Columbus Pkwy Mineola....742-2611

ZARIFIS Geo 55 Hanthim Av Oystr Bay....922-3790
ZARIFPOUR L
  159 Kings Point Rd Grt Nk....773-0153
ZARIN Arthur 19 Trebor Rd Maspqa....798-4455
David 9 Steven Ln Kngs Pt....487-5126
Eileen 9 Steven Ln Grt Nk....487-6917
Herbert 28 Windemere Way Wrdbry....367-1168
Herbert 28 Windemere Way Wrdbry....367-1169
Jerry 28 Woodland Rd Rslyn....627-7024
Michael S & Renee
  14 Shado La Grt Nk....466-8345
Murray I 10 Lakeview Rd Kngs Pt....466-0770
Todd & Linda
  66 Parkway Dr Rslyn Hts....626-6324
ZARINGHALAM Khosro
  140 Oak Maspqa Pk....541-0952
ZARIN H 271 Robby Ln Nw Hyd Pk....365-0130
ZARINS Dzidra M
  57 N Raceway Av Lynbrk....887-1831
Egils 15 & St Bayvl....628-2919
Zigrida 316 Bayville Av Bayvl....628-1474
ZARKH Vladimir
  234 Harrison Av 14 Pk....899-0930
ZARKIN Edwin 53 Bayview Av Pt Wash....883-7752
Ilyse 892 Merillon Av Wstbry....333-8227
Jeff 89 Country Dr Grt Nk....741-5223
Steven M 57 Chestnut Ln Wstbry....921-4844
ZARKO Michael & Kristin
  884 Clay Blmr....546-7297
ZARMI Moshe 215 Frankel Blvd Mrick....868-8138
ZARNEGAR M R
  24 Carlisle Dr Old Brknl....626-6639
M R 24 Carlisle Dr Old Brknl....626-6640
M R 24 The Glen Gln Hd....671-5607
M R 26 The Glen Gln Hd....656-0614
Reza 24 Carlisle Drive Old Brknl....626-0813
ZARNEGI Maryam 35 Maple Dr Grt Nk....829-1944
ZARNEGIN Iradj
  24 Mason Rd Grt Nk....504-1846
Nassar 10 Whitman Rd Grt Nk....829-2221
ZARNIGHIAN Manoucher
  111 Woodleys Ln Grt Nk....482-5917
Shahram 46 Brampton Ln Grt Nk....482-6930
ZARNITZ Edw A 2371 Pond E Medw....735-0299
Edward J 58 Overlea N Maspqa....798-3949
John 106 Stratford Rd W Hmpstd....489-7256
ZARNOCH Bruce C
  193 Woodbine Av Mrick....771-9227
ZARNY Julian 997 E Broadway Wdmr....791-1240
Robert 521 Cedarhurst Av Cdrhrst....295-3403
ZAROBA Ken 224 S King Elmnt....688-3298
ZAROBABELLI J 19 Eilard Av Grt Nk....829-3367
ZARODKIEWICZ Albert W
  15 Tudor Rd Frmgdl....249-9196
ZAROFF Laurence
  22 N Forest Av Rkvl Cntr....764-1744
Murray 4 Maple Dr Grt Nk....466-4132
Richard 1633 Ocean Blvd Atl Bch....239-7268
ZARON Robert 215 Roslyn Av Crl Pl....334-6910
ZAROOVABLI Ad....829-5733
P 19 W Terrace Rd Grt Nk....466-8670
ZAROSTY A 8 Maple Dr Grt Nk....829-2784
ZAROS M V 20 Richard Frmgdl....756-2130
ZAROU Caroline
  1289 Cambria Uniondl....485-0211
Caroline 1289 Cambria Uniondl....486-1081
Eddie 7 Joseph Ln Hksvl....935-9222
E 62 Brompton Rd Grdn Cty....746-1951
Larry 62 Brompton Rd Grdn Cty....746-1722
Nijmeh 201 Violets Av W Hmpstd....292-8349
Robert 35 Valentine Ln Rslyn....484-3711
Sam Pheasant Hill Ln Old Brknl....676-5378
ZAROVSKY V 1176 Martha Pl Frnklin Sq....354-1929
ZAROWITZ Philip
  357 Hmpstd Av Rkvl Cntr....764-0826
ZARRA Joseph
  391 Terrace Av Grdn Cty....565-2852
Mario 639 Forte Blvd Frnkln Sq....481-2447
ZARRABI Abdi 179 Charles Lynbrk....599-8481
ZARRAS Steven T
  1505 Gilford Av Nw Hyd Pk....488-2685
ZARRELLA Gene
  37 Brompton Rd Grt Nk....487-5572
Jeanne 398 Park La Maspqa Pk....799-2754
ZARRELLA A 495 Standard Av Levitwn....796-5270
ZARRIELLO Marion 13 King Wstbry....596-4721
ZARRIELLO Daniel K
  104 Poplar Grdn Cty....747-0345
J 145 Valley Rd Frmgdl....674-0805
Joseph 89 Burtis Lynbrk....887-9874
K 1 Eagle Ln Frmgdl....756-0259
Thomas & Florence
  256 W Nicholai Hksvl....935-0434
ZARRILLO Joseph & Carolyn
  23 Randal Dr Bthpg....931-2589
ZARRIN Behrzad & Susan
  29 Spring Ln Grt Nk....466-7111
ZARRO Anthony 1067 Susan Ct N Mrick....485-6315
J 26 Cherch Jewd....371-1656
Michael 26 Wildwood Dr Wntagh....735-1292
P C 38 East Dr Manhst....365-8205
Ralph 22 Beznch Av Vly Strm....872-8803
Ralph Jr 35 Beverly Rd Hksvl....938-8593
ZARSAZ Bijan 47 Charlotte Pl Plainvw....935-2969
ZARSKY Walter 6 Sealey Av Hmpstd....483-7286
ZARUB Khosrow
  172 Richmond Rd Grt Nk....466-0835
ZARZ Mahmoud 132 Bellmore Rd Glbrt....744-9898
William 158 Hewpt Rd Hmpstd....486-5272
ZARUBA Liza 127 Rolling Hl Maspqa....797-5698
Luis 211 Brook Wstbry....876-1191
Manuel 720 Roman Av Wstbry....333-6295
Paul 163 Brook Wstbry....333-6298
Zoila 590 Irving Wstbry....333-1072
ZARUWABELI 1 18 Gilbert Rd Grt Nk....773-2923

ZARYCKY Hilary 1 Harcrt Rd Plainvw....938-2120
ZARZA d 367 Charles Av Maspqa Pk....798-8823
ZARZUELA Jose
  465 Merrick Rd Rkvl Cntr....536-9735
Maria 59 S Centre Av Rkvl Cntr....763-0410
ZARZYCKI Everett
  46 Horton Av Vly Strm....561-3854
Walter 4 88 White Av Nw Hyd Pk....328-7323
Walter & 488 White Av Nw Hyd Pk....488-2586
ZASCEANNE Norman
  1923 Byron Av Elmnt....285-1949
ZASH Richard
  205 Grover Av W Maspqa....798-3054
ZASHKOFF S 51 Great Neck Rd Grt Nk....504-0098
S 14 Oak Ln Old Brkvl....759-1914
ZASK W 23 N 4 Nw Hyd Pk....775-0659
ZASKORSKI Carlo M
  22 Beacon Hill Rd Pt Wash....767-9065
ZASLANSKY Ian
  94 Harborview W Levitwn....239-8477
M 94 Harborview W Levitwn....239-6966
ZASLAV Paul & Anne
  106 Baker Ct 1s Pk....889-5685
ZASLAVSKY Jerry 503 Irving Wstbry....334-2154
M 86 Harmon Lng Bch....431-8063
Mary 35 85 Ave Frl Pk....775-4701
ZASLOFSKY E 10 Wedgewd Ln Wntagh....796-1225
Jeffrey & Andrea
  27 Satellite Ln Levitwn....731-6880
ZASLOW B 760 Flanders Dr N Wdmr....791-1574
I F 780 Flanders Dr N Wdmr....791-1997
Joel 5 Schenck Av Grt Nk....498-9666
Joel 5 Schenck Av Grt Nk....498-9677
ZASLOWSKY D & L
  31 White Dr Grt Nk....374-5254
David 31 White Dr Grt Nk....295-2958
Len 2729 Fondale Av Oceanside....764-5257
S 1 Club Dr Wdmr....569-8514
ZASO Frank 717 Martha Elmnt....328-9648
G 305 Kensett Rd Manhst....627-7983
John 1719 Spencer Av Mrick....292-9271
Joseph 133 Lincoln Av Mineola....741-4519
ZASSMAN Russell 57 Sherman Mrick....379-5335
ZASSO 3840 Riverside Av Mrick....867-3557
ZASTAWECKY M
  83 Parsons Dr Hmpstd....486-4350
ZAT E....742-1104
ZATAR R 140 Laurel Rslyn Hts....484-6685
ZATARCA J 30 Warwick Rd Elmnt....328-9044
ZATBIAK J 19 Marisa Rd Isl Pk....791-4503
ZATT David
  39 Wheatley Rd Old Wstbry....626-8937
David 39 Wheatley Rd Old Wstbry....626-9540
Susan & William
  47 Corley Lng Bch....431-5257
William 47 Corley Lng Bch....431-0659
ZATUCHNEY Julie MD
  44 Terrace Cir Grt Nk....498-9528
ZATULOVE M 110 Cedar Dr Maspqa....799-3372
Howard 110 Cedar Dr Maspqa....799-2413
J R 110 Cedar Dr Maspqa....799-6356
ZATZKIN A 749 Flanders Dr N Wdmr....791-4647
Joseph A 22 The Mews Syoset....682-0589
Joseph & Judith
  28 The Mews Syoset....682-0595
ZAUDER Fred
  568 Langley Av W Hmpstd....505-8655
ZAUDERER Howard
  581 Darby Ln Wdmr....295-0979
Jonathan....484-3105
ZAUM A
  109 Marlborough Rd W Hmpstd....486-1833
A 109 Marlborough Rd W Hmpstd....489-7658
ZAUN SEE ALSO ZAHN
ZAUN Kenneth F
  30 Shoreview Rd Pt Wash....731-5836
Richard A 44 17 Jrcho....931-5638
ZAUSER Michael
  10 Shoreview Rd Pt Wash....944-3127
ZAUSMER Robert
  95 Cooper Dr Grt Nk....773-3008
Robert 95 Cooper Dr Grt Nk....829-6917
ZAUSNER Jamaahh
  11 Soundview Garden Apts Pt Wash....883-5454
Eric 50 Soundview Dr Pt Wash....944-2283
Fred 50 Soundview Dr Pt Wash....944-1612
Martin....944-2220
Michael 10 Shoreview Rd Pt Wash....883-7773
Richard A 8 Longwood Rd Pt Wash....883-3592
ZAVALA Joseph 10 Ingram Dr Hksvl....822-9695
ZAVALA A....481-6170
Cynthia....481-6170
Angel & Franco
  139 Manderson Rd Grdn Cty....354-1353
Angel F 19 Maxwell Av Oystr Bay....628-3994
Armando 59 Rhode Island Av Lng Bch....432-2726
Benito 55 Greenwich Av Hmpstd....489-2286
Carlos 16 Grove Gln Cv....759-4073
Carolina
  172 Richmond Av Amtyvl....631-598-0249
Clemente 72 33 Mile Av Elmnt....481-6764
Cristina 66 Elm Av Gln Cv....674-3486
Edward 367 Glengary Wdbury....338-9476
Dianny 15 Lowland Rd Levitwn....731-6506
Diomedes 41 William Oceanside....678-6361
Domingo 146 Alabama Av Grdn Cty....354-5604

ZAVALA Eluzdina 125 Post Av Wstbry....338-1175
ZAVALA FLABIO
  451 Fulton Av Hmpstd....483-2484
ZAVALA H 35 Rose Av Gln Cv....671-8590
Heber & Cheryl
  1883 Wilson Av Mrick....539-9831
Henry 34 Elk Hmpstd....538-1038
Henry 600 Fulton Av Hmpstd....489-1767
Hipolito 267 Wright Wstbry....997-4833
Javier 637 Roman Av Wstbry....338-5442
Jody 2336 Alexander Pl Ocnsid....594-1056
Jose 53 Hazel Gln Cv....671-4293
Jose 100 Jerusalem Av Hmpstd....486-2646
Jose 200 W Merrick Rd Frnprt....546-8139
Jose 25 Woodward Pkwy Frmgdl....845-1541
Jose Alfredo 16 Grove Gln Cv....656-3297
Jose Santo 31 Moore Av Hmpstd....538-0914
Juan Misael
  33 Main St Hmpstd....327-0542
Juana 639 Roman Av Wstbry....334-3087
Justina 100 Union Pl Hmpstd....483-6423
Laura 190 W John Hksvl....942-5319
Mario 7 Valentine Hmpstd....378-3571
Maria 7 Valentine Hksvl....623-1288
Maria De Los Angeles
  31 James Ll Burrell Av Hmpstd....485-1358
Mario 247 Lacleda Av Uniondl....565-8715
Marta 76 Fairview Blvd Hmpstd....538-3831
O 42 Hazel Gln Cv....671-4690
Raul 1111 Mrron Uniondl....538-3201
Rosalimas 780 New Uniondl....481-3127
Rufino 372 Woodfield Rd W Hmpstd....292-4224
Santos 437 Forest Av Lng Bch....759-5629
ZAVALETA Roger
  39 Freeport Av Frnprt....377-8979
Roger 39 Lexington Av Frnprt....379-5563
Salvadora 15 Lincoln Blvd Hmpstd....565-9275
Zoila 797 Jerusalem Av Uniondl....565-1126
ZAVARO Anthony & Joey
  37 Bella Vista Av Gln Cv....671-2099
B 14 High Loc Vly....759-0460
B 14 High Loc Vly....759-9709
John J 4 Birch Pl Gln Cv....626-5389
Matthew J 24 Purdy Rd Gln Cv....676-1833
Matthew J Jr 25 Mc Grady Gln Cv....759-3127
ZAVATSKI Diane
  1627 Little Neck Av Blmr....221-7836
ZAVATSKY John
  248 Rushmore Av Crl Pl....997-5641
ZAVATTARO Joseph
  27 Roslyn West Shore Dr Pt Wash....883-8529
Robert 36 Glen Keith Rd Gln Cv....671-7169
ZAVATTERI Anthony
  22 S Elm Mineola....742-4519
ZAVATTO I 54 Waverly Av E Rkwy....599-7936
ZAVECKAS Daniel
  26 Frankel Rd Maspqa....795-7176
David J 26 Frankel Rd Maspqa....797-3479
ZAVEIL S 500 Denton Av Nw Hyd Pk....742-7703
ZAVELO Ian & Steph
  143 East Av Vly Strm....823-9143
ZAVELSON Mark
  2761 Lincoln Blvd Mrick....868-9943
Mark 2761 Lincoln Blvd Mrick....868-9729
ZAVEN A 5 Donald Bayvl....628-8551
ZAVERI Kala Danton Ln N Loc Vly....671-0629
Pradip 2 Danton Ln N Loc Vly....759-3250
Yunus 31 Lewis Ln Pt Wash....767-3117
ZAVITSANOS Dmitros
  2450 7 Av E Medw....781-0024
ZAVOLAS Christine
  413 Congress Av Wstn Pk....746-6980
Emanuel 413 Congress Av Wstn Pk....746-4068
ZAVON Norton H
William R....487-7086
ZAVROS Elena 8 Vine Ct Bayvl....628-0715
ZAVROTSKY L 94 Oho Av Maspqa....799-6815
ZAWACKI E 300 Edwards Rslyn Hts....484-9458
Edward 62 Locust Ln Levitwn....731-6405
ZAWADA J 56 Clement Gln Cv....671-4133
ZAWADA G 2 The Fairway Plainvw....935-6336
ZAWADZKI M C
  Liba Plainvw....935-5236
ZAWADZKI Edward
  47 Briard Rd Maspqa....922-9551
Jose 151 N Myrtle Av Maspqa....541-6742
Leticia 42J Hillside Dr Nw Hyd Pk....739-1185
Miroslaw 514 1 Av Nw Hyd Pk....488-6961
ZAWAGEL Joseph 3 Glen Cv....561-5448
ZAWASKI Vincent
  99 Mad Av Grdn Cty....742-3865
ZAWASKY Edward Jr
  41 Park Ln Bthpg....731-0194
Eric 23 Park Ln Bthpg....731-9422
ZAWELSKI T 8 2 Loc Vly....935-6450
ZAWESKI T 82 Pell Terr Grdn Cty....747-8325
Tracy & John 82 Pell Terr Grdn Cty....747-7948
ZAWIKOWSKI J
  427 Briarwd Rd Wntagh....796-7803
ZAWISLAK Joseph & Diana
  139 Manderson Rd Grdn Cty....354-1353
John & Eugenia
  139 Manderson Rd Grdn Cty....354-1953
ZAWISLAK Robert
  64 Cambridge Vly Strm....825-4079
ZAWISTOWSKI J
  13 Woodside Dr Wstbry....338-0843
ZAWISTOWSKI Darlyn....935-8341
ZAWOJEK Chester....483-7066
ZAWOL Joseph A 3195 Lydia Ln Wntagh....783-7881
David 3195 Lydia Ln Wntagh....783-0433
ZAWOLIK Charles
  125 Jericho Trnpk Old Wstbry....333-9596

# EXHIBIT 6

FILING FEE PAID

(Official Form 1) (12/03)

FEB 27 '04 PM 2:41 USB

| FORM B1 | United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PDC Milford Power, LLC, a Massachusetts Limited**<br>**Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **04-3485191** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1900 West Loop South, Suite 770**<br>**Houston, TX 77027** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Harris** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>C/o  John DeTorre<br>50 Rowes Wharf 3rd Floor<br>Boston MA 02110 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)   *the Debtor is a Massachusetts chartered limited liability company.
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ■ Other___**Mass. Limited Liability Co.** | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business        ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>PDC Milford Power, LLC, a Massachusetts Limited Liability Company | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: - None - | Case Number:<br>FEB2.104 PM 2:41 USB | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _Jay F. Theise_____
Signature of Attorney for Debtor(s)
**Jay F. Theise (BBO# 495660)**
Printed Name of Attorney for Debtor(s)
**Rubin and Rudman LLP**
Firm Name
**50 Rowes Wharf**
**Boston, MA 02110**
Address
_617-330-7000_
Telephone Number
_2/27/04_
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Douglas L. Corbett_____
Signature of Authorized Individual
**Douglas L. Corbett**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
_2/26/04_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.



**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

## United States Bankruptcy Court
### District of Massachusetts

In re    PDC Milford Power, LLC, a Massachusetts
Limited Liability Company

Case No. _____

Debtor

Chapter _____  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| El Paso Energy Corp.<br>1001 Louisiana Street<br>Houston, TX 77002 | El Paso Energy Corp.<br>1001 Louisiana Street<br>Houston, TX 77002 | Contract claims for capital contributions advanced to Debtor. | Contingent Unliquidated Disputed | 3,310,055.00 |
| Internal Revenue Service<br>PO Box 9112<br>JFK Building<br>Boston, MA 02203 | Internal Revenue Service<br>PO Box 9112<br>JFK Building<br>Boston, MA 02203 | | | Unknown |
| Mass. Depart. of Revenue<br>Bankruptcy Unit<br>PO Box 55484<br>Boston, MA 02205 | Mass. Depart. of Revenue<br>Bankruptcy Unit<br>PO Box 55484<br>Boston, MA 02205 | | | Unknown |
| | | | | |
| | | | | |

In re    PDC Milford Power, LLC, a Massachusetts    Case No. _____
         Limited Liability Company

_____
                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    2/26/04                                Signature _____
                                               Douglas L. Corbett
                                               Manager

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re    **PDC Milford Power, LLC, a Massachusetts Limited Liability Company**

Debtor

Case No. _____

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | up to 10,000,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | Unknown | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | Unknown | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 3,310,055.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| Total Assets | | | up to 10,000,000.00 | | |
| Total Liabilities | | | | Unknown | |

In re    **PDC Milford Power, LLC, a Massachusetts**      Case No. _____
         **Limited Liability Company**
_____
                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None. | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

_____0_____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **PDC Milford Power, LLC, a Massachusetts**    Case No. _____
         **Limited Liability Company**

_____
                  Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **PDC Milford Power, LLC, a Massachusetts**           Case No. _____
       **Limited Liability Company**

_____
                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **5% interest in Milford Power Company, LLC** | - | up to **10,000,000.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > up   **10,000,000.00**
(Total of this page)      to

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **PDC Milford Power, LLC, a Massachusetts**
        **Limited Liability Company**
                                                    Case No. _____

_____
                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims for breach of fiduciary duty and accounting vs. KBC Bank N.V. and other lenders (see attached sheet). | - | Unknown multiple millions of dollars |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | Unknown |
| Total > | Unknown |
| | (Report also on Summary of Schedules) |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Schedule B. Personal Property Attached Sheet 1 of 1

Australia and New Zealand
Banking Group Limited
1177 Avenue of Americas
New York NY 10036-2798

BNP Paribas
c/o KBC Bank N.V.
New York Branch
125 West 55th Street
New York, NY 10019

NIB Capital Bank N.V.
c/o KBC Bank N.V.
New York Branch
125 West 55th Street
New York, NY 10019

Sumitomo Mitsui Banking
Corporation
c/o KBC Bank N.V.
New York Branch
125 West 55th Street
New York, NY 10019

Teachers Insurance and
Annuity Association of
America
730 Third Avenue, 4th Fl
New York NY 10017

Trust Company of the West
200 Park Avenue
22nd Floor
New York NY 10166

WestLB AG
c/o KBC Bank N.V.
New York Branch
125 West 55th Street
New York, NY 10019

The Debtor intends to commence an Adversary Proceeding against the above-named Lenders for
damages as a result of breach of fiduciary duty, an accounting, a discharge of the pledge of the
Debtor's sole asset, a 5% interest in a multimillion dollar power generation facility in southern
Connecticut, and for such other and further relief as is ultimately determined.

Form B6D
(12/03)

In re  **PDC Milford Power, LLC, a Massachusetts**  Case No. _____
**Limited Liability Company**

Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Australia and New Zealand Banking Group Limited 1177 Avenue of Americas New York, NY 10036-2798** | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $          Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>**BNP Paribas c/o KBC Bank N.V. New York Branch 125 West 55th Street New York, NY 10019** | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $          Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>**KBC Bank N.V. New York Branch 125 West 55th Street New York, NY 10019** | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $          Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>**NIB Capital Bank N.V. c/o KBC Bank N.V. New York Branch 125 West 55th Street New York, NY 10019** | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $          Unknown | | | X | Unknown | Unknown |
| | | | | | | Subtotal<br>(Total of this page) | Unknown | |

 1   continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    **PDC Milford Power, LLC, a Massachusetts**
        **Limited Liability Company**
                                                    Case No. _____

_____
                        Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>Sumitomo Mitsui Banking Corporation<br>c/o KBC Bank N.V.<br>125 West 55th Street<br>New York, NY 10019 | | | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $           Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>Teachers Insurance and Annuity Association of America<br>730 Third Avenue, 4th Fl<br>New York, NY 10017 | | | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $           Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>Trust Company of the West<br>200 Park Avenue<br>22nd Floor<br>New York, NY 10166 | | | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $           Unknown | | | X | Unknown | Unknown |
| Account No.<br><br>WestLB AG<br>c/o KBC Bank N.V.<br>New York Branch<br>125 West 55th Street<br>New York, NY 10019 | | | | | security interest in plant and PDC Milford Power, LLC's ownership interest in Milford Power Company, LLC<br><br>Value $           Unknown | | | X | Unknown | Unknown |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          Unknown

Total
(Report on Summary of Schedules)          Unknown

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E
(12/03)

In re   **PDC Milford Power, LLC, a Massachusetts**                 Case No. _____
        **Limited Liability Company**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re  **PDC Milford Power, LLC, a Massachusetts
Limited Liability Company**

Case No.:_____

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Internal Revenue Service PO Box 9112 JFK Building Boston, MA 02203 | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| Mass. Depart. of Revenue Bankruptcy Unit PO Box 55484 Boston, MA 02205 | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    Unknown

Total
(Report on Summary of Schedules)    Unknown

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re     **PDC Milford Power, LLC, a Massachusetts**
          **Limited Liability Company**                         Case No. _____
          _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | March 2001 - December 2002 Contract claims for capital contributions advanced to Debtor. | | | | |
| El Paso Energy Corp. 1001 Louisiana Street Houston, TX 77002 | - | | | | | | X | X | X | 3,310,055.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

__0__     continuation sheets attached

|  | Subtotal (Total of this page) | 3,310,055.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,310,055.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          S/N:29772-031103   Best Case Bankruptcy

In re    **PDC Milford Power, LLC, a Massachusetts**        Case No. _____
         **Limited Liability Company**
                                                    _____
                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Power Development Company, LLC** <br> **1900 West Loop South** <br> **Suite 770** <br> **Houston, TX 77027** <br>   **Codebtor with the Debtor in connection with the contingent, unliquidated and disputed claim of El Paso Energy Corp. as set forth on Schedule F.** | **El Paso Energy Corp.** <br> **1001 Louisiana Street** <br> **Houston, TX 77002** |

<u>  0  </u>   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re    **PDC Milford Power, LLC, a Massachusetts**
           **Limited Liability Company**

Case No. _____

_____
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Massachusetts**

In re   PDC Milford Power, LLC, a Massachusetts Limited Liability Company
Debtor(s)

Case No. _____
Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the Mass. Limited Liability Co. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __12__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __2/26/04__                    Signature _____
                                              Douglas L. Corbett
                                              **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## District of Massachusetts

In re    **PDC Milford Power, LLC, a Massachusetts  Limited Liability Company**       Case No. _____

Debtor(s)       Chapter     **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE (if more than one)

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2

**3. Payments to creditors**

None
■    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments \***

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

\* but see attached notice of intended sale of Debtor's sole asset by alleged secured creditors.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

PAGE.03        7135210962                                FEB 02 2004 18:33

January 30, 2004

Dear Sir:

We will sell all of the right, title and interest of PDC Milford Power LLC ("PDC"), a Massachusetts Limited Liability Company, in and to the certificates representing its five (5%) percent membership interest in Milford Power Company, LLC, a Delaware Limited Liability Company ("Borrower"), together with all options, warrants and rights to purchase the members' interests in the Borrower and any security certificates representing all of the right, title and interest in the membership interests of the Borrower ("Security Certificates") or other documents, instruments, or certificates representing the member's interests in the Borrower, and all of such member's rights under the Amended and Restated Limited Liability Agreement, dated March 25, 1999, among PDC and Milford Holdings LLC ("Milford Holdings"), a Delaware Limited Liability Company, as successor-in-interest to El Paso Milford Power I Company, LLC ("EPMPC"), a Delaware Limited Liability Company, and El Paso Merchant Energy North America ("EPMENA"), a Delaware Corporation, as successor in interest by merger to El Paso Milford Power II Company, and all dividends, distributions, cash, securities, instruments and other property from time to time paid, payable or otherwise distributed in respect of or in exchange for all or any part of members' interests in the Borrower and all proceeds thereof, if any; and all proceeds, products, and accessions of and to any and all of the foregoing, including, without limitation, "proceeds" as defined in Section 9-102(64) of the Uniform Commercial Code, if any, including whatever is received upon any sale, exchange, collection or other disposition of the Pledged Collateral, as defined in the Pledge Agreement, dated as of March 25, 1999, and any property into which any of the Pledged Collateral is converted, whether cash or noncash proceeds, and any and all other amounts paid or payable under or in connection with any of the Pledged Collateral, to the highest qualified bidder, in public, as follows:

Day and Date: Monday, March 1, 2004

Time: 10:00 a.m.

Place: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153

You are entitled to an accounting of the unpaid indebtedness secured by the property that we intend to sell for a charge of $500.00.  You may request an accounting by contacting Claire Goldstein, Esq., at 212-310-8688.

PAGE.04    7135210962                                    FEB 02 2004 18:33

Yours faithfully,

KBC BANK N.V., NEW YORK BRANCH,
as Collateral Agent

By:      /s/ Susan M. Silver
         Name: Susan M. Silver
         Title:  Vice President & Team Leader

By:      /s/ Wim Verbraeken
         Name: Wim Verbraeken
         Title:  Head of Project Finance The Americas


cc:

El Paso Corporation
100 Louisiana Street
Houston, TX 77002
Attention: Director-Treasury

PAGE.04/04        MATTINGLY AND SCHELL        7135210962        TE:/T    PAGE.04/04

FEB 02 2004 18:33                                                    713Z510962                 PAGE.02

## NOTICE OF DISPOSITION OF COLLATERAL

### BY OVERNIGHT COURIER AND FACSIMILE

TO:     PDC Milford Power LLC                    El Paso Gas Marketing Company
        200 High Street, 5th Floor                c/o El Paso Energy Corporation
        Boston, Massachusetts  02110              1001 Louisiana Street
        Attention: Michael Armitage,              Houston, Texas  77002
          Manager and Kevin Joyce
                                                  Milford Holdings LLC
              -and-                               c/o CPV Milford Management, LLC
                                                  8403 Colesville Road, Suite 915
        PDC Milford Power LLC                     Silver Spring, Maryland  20910
        c/o PDC, LLC                              Attention:  Douglas F. Egan
        12727 Kimberly Lane, Suite 303
        Houston, Texas  77024
        Attention: Douglas Corbett,
          Vice President and General
          Manager

              -and-

        PDC Milford Power LLC
        c/o Power Development Company
        1900 West Loop South
        Suite 770
        Houston, Texas  77027
        Attention:  Mr. Douglas Corbett

        Milford Power Company, LLC
        55 Shelland Street
        Milford, Connecticut  06460
        Attention: General Manager

              -and-

        Milford Power Company, LLC
        200 High Street, 5th Floor
        Boston, Massachusetts  02110
        Attention:  Michael Armitage

FROM:   KBC Bank N.V., New York
          Branch, as collateral agent
        125 West 55th Street
        New York, New York  10019

NY1:\123539503\Q8\R03\DOC\56032.0003

PAGE.02/04                    MAI I INELY AND SCHNEL                713Z510962         FEB 02 2004  T 1:T1        PAGE.02/04

3

### 7. Gifts

**None** ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

**None** ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

**None** ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None** ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

4

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **12727 Kimberley Lane Houston, TX 77024** | | **November 1, 2002 - June 30, 2003** |
| **440 Commercial Street Boston, MA 02109** | | |
| **319 Southbridge Street Auburn, MA 01501** | | |
| **200 High Street, 5th Floor Boston, MA 02210** | | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

5

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Milford Power Company, LLC | 76-0598624 | 55 Shelland Street Milford, CT 06460 | Electricity Production | Currently owned |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Feeley & Driscoll, P.C. 200 Portland Street Boston, MA 02114 | 1999 - present |

6

**None**    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the
☐    books of account and records, or prepared a financial statement of the debtor.

NAME                  ADDRESS                       DATES SERVICES RENDERED
**Feeley & Driscol, P.C.**      **200 Portland Street**            **1999 - present**
                           **Boston, MA 02114**

**None**    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS
**Feeley & Driscol, P.C.**    .                         **200 Portland Street**
                                         **Boston, MA 02114**

**None**    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                         DATE ISSUED
**To Creditors listed on Schedule D**

      **20. Inventories**

**None**    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY         INVENTORY SUPERVISOR         (Specify cost, market or other basis)

**None**    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                    RECORDS

      **21 . Current Partners, Officers, Directors and Shareholders**

**None**    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                     NATURE OF INTEREST              PERCENTAGE OF INTEREST

**None**    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                          NATURE AND PERCENTAGE
NAME AND ADDRESS                     TITLE                  OF STOCK OWNERSHIP
**Doug Corbett**                         **Manager**                  **0%**

**Power Development Company, LLC**         .                     **99% (membership interest)**

      **22 . Former partners, officers, directors and shareholders**

**None**    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

NAME                              ADDRESS                          DATE OF WITHDRAWAL

7

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| Power Development Company, LLC | 04-3398336 |

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___2/24/04___                Signature _____
                                   Douglas L. Corbett
                                   Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Massachusetts**

In re    PDC Milford Power, LLC, a Massachusetts
         Limited Liability Company

                                    Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Armitage | Membership Interest | 1% | Membership |
| Power Development Company, LLC 1900 West Loop South Suite 770 Houston, TX 77027 | Membership Interest | 99% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2/24/04

Signature  _Douglas L. Corbett_
           Douglas L. Corbett
           Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_0___  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### District of Massachusetts

In re    PDC Milford Power, LLC, a Massachusetts  Limited Liability Company        Case No.
                                    Debtor(s)                                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the Mass. Limited Liability Co. named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    2/26/04                          _____

                                          Douglas L. Corbett/Manager
                                          Signer/Title

AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED
1177 AVENUE OF AMERICAS
NEW YORK, NY 10036-2798

BNP PARIBAS
C/O KBC BANK N.V.
125 WEST 55TH STREET
NEW YORK, NY 10019

EL PASO ENERGY CORP.
1001 LOUISIANA STREET
HOUSTON, TX 77002

INTERNAL REVENUE SERVICE
PO BOX 9112
JFK BUILDING
BOSTON, MA 02203

KBC BANK N.V.
NEW YORK BRANCH
125 WEST 55TH STREET
NEW YORK, NY 10019

MASS. DEPART. OF REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BOSTON, MA 02205

NIB CAPITAL BANK N.V.
C/O KBC BANK N.V.
125 WEST 55TH STREET
NEW YORK, NY 10019

SUMITOMO MITSUI BANKING CORP.
C/O KBC BANK N.V.
125 WEST 55TH STREET
NEW YORK, NY 10019

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA
NEW YORK, NY 10017

TRUST COMPANY OF THE WEST
200 PARK AVENUE
22ND FLOOR
NEW YORK, NY 10166

WESTLB AG
C/O KBC BANK N.V.
125 WEST 55TH STREET
NEW YORK, NY 10019

## CONSENT

The undersigned, being the majority member of PDC Milford Power, LLC, a Massachusetts limited liability company (the "LLC") formed, pursuant to the Certificate of Organization, the Operating Agreement, and the provisions of the Laws of the Commonwealth of Massachusetts, hereby consents to the following actions and adopts the following votes and directs that this writing be placed with the records of such meetings of the LLC and be treated for all purposes as votes taken at meeting:

VOTED:    That Douglas L. Corbett, as Manager, is hereby authorized and empowered to execute and file a petition under Chapter 11 of the United States Bankruptcy Code on behalf of the LLC, and to execute any and all documents necessary to proceed with a Chapter 11 case; and

VOTED:    That Jay F. Theise, Esq. and the law firm of Rubin and Rudman LLP be hereby retained to represent the LLC in all proceedings which may be commenced under or as a result of these votes.

IN WITNESS WHEREOF, the undersigned, being the majority member of the LLC, have hereunto set its hand and seal.

Dated: February 26, 2004

Power Development Company, LLC

## CORPORATE OWNERSHIP STATEMENT
### Federal Rule of Bankruptcy Procedure 1007(a)(1)

Power Development Company, LLC  holds a 99% membership interest in the Debtor.

FEB 27 '04 PM 2:41 USB

**United States Bankruptcy Court**
**District of Massachusetts**

In re    PDC Milford Power, LLC, a Massachusetts Limited Liability Company

Debtor(s)

Case No. _____

Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept fees that may be awarded ............    $ presently unknown

   Prior to the filing of this statement I have received ..........................    $        20,000.00*

   Balance Due ....none at this time...................................................    $ unknown

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    *as a retainer paid by the Debtor's 99% member as is more fully set forth in Debtor's Application to Retain Counsel and the Affidavit of Proposed Counsel to the Debtor.

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, and fees to be earned, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering legal service for all aspects of the bankruptcy case, including;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed] Anticipated major litigation and other duties as more fully set forth in Debtor's Application to Retain Counsel and Affidavit of Proposed Counsel.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:    n/a

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    2/24/04

Jay F. Theise (BBO# 495660)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
617-330-7000