UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER LLC, )<br>)<br>Plaintiff, )<br>)<br>MILFORD HOLDINGS LLC, )<br>KBC BANK N.V., AUSTRALIA AND )<br>NEW ZEALAND BANKING GROUP )<br>LIMITED, BNP PARIBAS, NIB )<br>CAPITAL BANK N.V., TEACHERS )<br>INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, )<br>WestLB AG, SUMITOMO MITSUI )<br>BANKING CORPORATION, TRUST )<br>COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT CANADA, )<br>)<br>Defendants. )  | Civil Action No. 04 10857 NG |

**AFFIDAVIT OF SUSAN SILVER
IN SUPPORT OF KBC'S MOTION TO DISMISS**

I, Susan M. Silver, declare as follows:

1.  I am a vice president and team leader at KBC Bank N.V., New York Branch.

2.  KBC Bank N.V. ("KBC") is a Belgium corporation with its principal place of business in Brussels, Belgium.

3.  KBC has a branch office in New York, New York.

4.  I have served as vice president and team leader since I joined KBC in December of 1998.

5. Except as stated on information and belief, this Affidavit is based on my personal knowledge and/or the review of various records and documents.

6. KBC is not qualified to do business in the Commonwealth of Massachusetts.

7. KBC has no offices in Massachusetts and does not maintain a place of regular business in the Commonwealth of Massachusetts. On information and belief, KBC has no partners, employees, servants, or agents within the Commonwealth of Massachusetts. KBC was not personally served with process within the Commonwealth of Massachusetts.

8. Occasionally, KBC's United States operations acts as an Agent Bank, Co-Agent or Participant for a group of Lending Institutions that make loans to companies located in the Commonwealth of Massachusetts. On information and belief, less than three percent of the outstanding loans in which KBC's United States operations is acting as an Agent, Bank, Co-Agent or Participant have been made to entities located in the Commonwealth of Massachusetts. On information and belief, these loans do not have Massachusetts choice of law provisions, the closing on these loans did not take place in the Commonwealth of Massachusetts, and KBC employees did not travel to Massachusetts to close these loans.

9. On information and belief, KBC does not own any property in the Commonwealth of Massachusetts and has never maintained any bank accounts in the Commonwealth of Massachusetts.

10.  KBC does not have a telephone or telephone listing, post office or any other mailing address in the Commonwealth of Massachusetts.

11.  Submitted herewith in support of this motion are true and correct copies of the following documents:

   a.  Attached hereto as Exhibit A is a true and correct copy of the Limited Liability Company Agreement of Milford Holdings LLC, dated as of December 31, 2003.

   b.  Attached hereto as Exhibit B is a true and correct copy of the Amended and Restated Limited Liability Company Agreement of Milford Power Company, LLC dated as of March 25, 1999.

   c.  Attached hereto as Exhibit C is a true and correct copy of the front page and pages 180-181 of the Credit Agreement, dated as of March 25, 1999, amended by Amendments dated February __, 2000, October 25, 2001, June 28, 2002, March 30, 2004 and May 10, 2004 among Milford Power Company, LLC, KBC, including as agent and collateral agent, and the financial institutions party thereto as lenders (collectively, the "Credit Agreement").

   d.  Attached hereto as Exhibit D is a true and correct copy of the Pledge Agreement between El Paso Milford Power I Company, El Paso Milford Power II Company, PDC Milford Power LLC and KBC, dated as of March 25, 1999, and amended by Amendment No. 1 to Pledge Agreement, dated as of December 22, 1999 (collectively, the "Pledge Agreement").

   e.  Attached hereto as Exhibit E is a true and correct copy of an e-mail sent from Douglass Corbett to Susan Silver dated July 1, 2003.

I declare under penalty of perjury that the foregoing is true and correct, this 22nd day of June, 2004.

*Susan M. Silver*
Susan M. Silver