## CERTIFICATE OF SERVICE

I, James L. Messenger, hereby certify that on June 2̲7̲, 2004, I served a copy of the Affidavits of Danielle Krause, Susan Silver and Livia L. Maghiar in Support of KBC's 12(b)(1), 12(b)(2) and 12(b)(6) Motions to Dismiss, via first class mail, on the following individuals:

Gary C. Crossen, Esq.
RUBIN AND RUDMAN LLP
50 Rowes Wharf
Boston, Massachusetts  02110

Sander Rikleen, Esq.
EDWARDS & ANGELL LLP
101 Federal Street
Boston, Massachusetts 02110

Michael Engelman, Esq.
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY LLP
2101 L Street NW
Washington, DC  20037

Daniel Gordon Cromack
PALMER & DODGE, LLP
111 Huntington Ave.
Prudential Center
Boston, Massachusetts  02199

_____
James L. Messenger