UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK N.V., AUSTRALIA AND<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB<br>CAPITAL BANK N.V., TEACHERS<br>INSURANCE AND ANNUITY<br>ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br><br>              Defendants. | Civil Action No. 04 10857 NG |

**Affidavit of Gary Lambert**

I, Gary Lambert, hereby depose and state as follows:

1. I am Vice President of CPV Milford Management, LLC, the Class B Member Manager of Milford Holdings, LLC. The following statements are true and accurate, and are based on my personal knowledge.

2. Milford Holdings, LLC is a limited liability company organized in the state of Delaware. Among the members of Milford Holdings, LLC is CPV Milford Management, LLC.

3.  CPV Milford Management, LLC, is a limited liability company organized in the state of Delaware. The single member of CPV Milford Management, LLC, is Milford E&L, LLC.

4.  Milford E&L, LLC is a limited liability company organized in the state of Delaware. The members of Milford E&L, LLC are Douglas Egan and myself.

5.  I perform my duties as an officer of CPV Milford Management, LLC at Braintree Hill Office Park, Suite 107, Braintree, Massachusetts, 02184.

6.  I reside in the county of Bristol, in the state of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Gary Lambert

June 21, 2004

DSMDB.1784493.1