UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER LLC,<br><br>Plaintiff,<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK N.V., AUSTRALIA AND<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB<br>CAPITAL BANK N.V., TEACHERS<br>INSURANCE AND ANNUITY<br>ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04 10857 NG |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Milford Holdings LLC ("Milford Holdings") hereby submits their Corporate Disclosure Statement.

Milford Holdings is a limited liability company organized and existing under the laws of the State of Delaware. Milford Holdings has five members that own at least 10% interest in Milford Holdings. These Class A Members include, IPF Funding LLC, ANZ MPH, LLC, PARIBAS MILFORD HOLDINGS, LLC, CTG&P, LLC and Milford W Holdings, LLC.

Dated:  June 22, 2004                                                     Respectfully submitted,


                                                                          /s/Daniel G. Cromack
                                                                          Daryl J. Lapp (BBO #554980)
                                                                          Daniel G. Cromack (BBO #652252)
                                                                          PALMER & DODGE LLP
                                                                          111 Huntington Avenue
                                                                          Boston, MA 02199
                                                                          (617) 239-0100


                                                                          Larry F. Eisenstat
                                                                          Michael R. Engleman
                                                                          Andrew S. Weinstein
                                                                          Dickstein Shapiro Morin & Oshinsky LLP
                                                                          2101 L Street, N.W.
                                                                          Washington, DC  20037
                                                                          (202) 955-6676
                                                                          eisenstatl@dsmo.com
                                                                          englemanm@dsmo.com


                                                                          **Counsel For Milford Holdings, LLC**