UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC.,            ) <br><br> Plaintiffs,          ) <br><br> v.         ) <br><br> MILFORD HOLDINGS, LLC,    ) <br> KBC BANK N.V.,    ) <br> AUSTRALIA and NEW ZEALAND BANKING   ) <br>   GROUP LIMITED,    ) <br> BNP PARIBAS,    ) <br> NIB CAPITAL BANK N.V.,    ) <br> TEACHERS INSURANCE and ANNUITY   ) <br>   ASSOCIATION OF AMERICA,   ) <br> WestLB AG,    ) <br> SUMITOMO MITSUI BANKING   ) <br>   CORPORATION,    ) <br> TRUST COMPANY OF THE WEST and   ) <br> EXPORT DEVELOPMENT CANADA,   ) <br><br> Defendants.    ) | Case No. 04 10857 NG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant KBC Bank N.V. states that it is a

Belgian company and is the wholly owned subsidiary of KBC Bank and Insurance

Holding Company, a publicly traded company in Belgium.

KBC Bank N.V.

By its attorneys,

_____
James L. Messenger (BBO #547236)
Andrew Troop (BBO #547179)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts  02110
Tel.: (617) 772-8300
Fax: (617) 773-8333

Dated:  June 22, 2004

## CERTIFICATE OF SERVICE

I, James Messenger, hereby certify that on June __, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

_____
James Messenger

BO1:\99155\01\24$B01!.DOC\56032.0003