## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER, LLC, <br>     Plaintiff, <br><br> v. <br><br> MILFORD HOLDINGS, LLC, <br> KBC BANK, N.V., AUSTRALIA and <br> NEW ZEALAND BANKING GROUP <br> LIMITED, BNP PARIBAS, NIB CAPITAL <br> BANK N.V., TEACHERS INSURANCE and <br> ANNUITY ASSOCIATION OF AMERICA, <br> WestLB AG, SUMITOMO MITSUI <br> BANKING CORPORATION, TRUST <br> COMPANY OF THE WEST and <br> EXPORT DEVELOPMENT CANADA, <br>     Defendants. | Case No. 04-10857 NG <br> Magistrate Dein |

### PDC MILFORD POWER, LLC'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS FILED BY DEFENDANTS AND TO FILE A REPLY BRIEF

The Plaintiff, PDC Milford Power, LLC, by their attorneys, hereby moves that the Court (1) extend the time within which the Plaintiff must respond to (a) Milford Holdings, LLC's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6); (b) KBC Bank N.V.'s Rule 12(b)(1), 12(b)(2) and 12(b)(6) Motion to Dismiss; and (c) any soon-to-be-filed responsive pleading from Defendants Australia and New Zealand Banking Group Limited, BNP Paribas, WestLB AG, Sumitomo Mitsui Banking Corporation, Teachers Insurance and Annuity Association of America and Trust Company of the West, to and including August 6, 2004, and (2) permit Defendants to have up to and including August 20, 2004 to file any reply papers in connection with any opposition papers filed by Plaintiff.

In support of this motion, the moving Plaintiff states as follows:

603053_1

1. Plaintiff filed its Complaint in this action on April 30, 2004. Thereafter, Plaintiff granted the Defendants an extension of time to answer or otherwise respond to the Complaint until June 22, 2004. Plaintiff also granted a second extension of time, until July 2, 2004, to answer or otherwise respond to the Complaint to Defendants Australia and New Zealand Banking Group Limited, BNP Paribas, WestLB AG, Sumitomo Mitsui Banking Corporation, Teachers Insurance and Annuity Association of America and Trust Company of the West.

2. Furthermore, the Plaintiff assented to Defendant KBC Bank N.V.'s request to file a memorandum of larger than twenty pages.

3. As such, the Plaintiff requests the above-referenced extension to adequately address and respond to the sheer volume and number of Defendants responsive pleadings.

4. No party will be prejudiced by the requested extension. Further, the relief sought, if granted, will serve the interest of justice by providing counsel with the time to adequately research and prepare a response to the Defendants' motions.

5. The Plaintiff has not requested any prior extensions of time.

6. Counsel for the Plaintiff has conferred with counsel for Milford Holdings, LLC, counsel for KBC Bank, N.V. and counsel for Australia and New Zealand Banking Group Limited, BNP Paribas, WestLB AG, Sumitomo Mitsui Banking Corporation, Teachers Insurance and Annuity Association of America and Trust Company of the West and said counsel have indicated that they assent to the requested extension of time.

WHEREFORE, the Plaintiff prays that its Motion be granted and for all other further relief that is just and proper.

Dated: June 30, 2004

PDC MILFORD POWER, LLC
By its attorneys,

/s/ Stephen DeLisle
Gary C. Crossen, BBO #106580
Rebecca L. Tepper, BBO #567934
Stephen G. DeLisle, BBO #650941
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

ASSENTED TO:

KBC BANK N.V.

By its attorneys,

/s/ James Messenger (SGD)
James L. Messenger (BBO #547236)
Weil, Gotshal & Manges
100 Federal Street
Boston, MA 02110
617-772-8333


MILFORD HOLDINGS, LLC

By its attorneys,

/s/ Daniel Cromack (SGD)
Daryl J. Lapp (BBO #554980)
Daniel Gordon Cromack (BBO #652252)
Palmer & Dodge, LLP
111 Huntington Avenue
Prudential Center
Boston, MA 02199
617-239-0100

603053_1

3

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BNP PARIBAS, WESTLB AG, SUMITOMO MITSUI BANKING CORPORATION, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA AND TRUST COMPANY OF THE WEST

By its attorneys,

/s/ Sander Rikleen (SLD)

Sander A. Rikleen (BBO #420280)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444

603053_1

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC,<br>              Plaintiff,<br><br>v.<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK, N.V., AUSTRALIA and<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB CAPITAL<br>BANK N.V., TEACHERS INSURANCE and<br>ANNUITY ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br>              Defendants. | Case No. 04-10857 NG<br>Magistrate Dein |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served **PDC Milford Power, LLC's Assented to Motion for Extension of Time to Respond to Motions to Dismiss Filed by Defendants and to File a Reply Brief** by sending a copy of same by first class mail, postage prepaid, to the following:

James L. Messenger, Esq.
Weil, Gotshal & Manges
100 Federal Street
Boston, MA 02110

Sander A. Rikleen, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Daryl J. Lapp, Esq.
Daniel Gordon Cromack, Esq.
Palmer & Dodge, LLP
111 Huntington Avenue
Prudential Center
Boston, MA 02199

Dated: June 30, 2004

Stephen G. DeLisle, BBO #650941
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

603464_1