UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04 10857 NG |
| ) | |
| MILFORD HOLDINGS, LLC, ) | Magistrate Dein |
| KBC BANK N.V., ) | |
| AUSTRALIA and NEW ZEALAND BANKING ) | |
| GROUP LIMITED, ) | |
| BNP PARIBAS, ) | |
| NIB CAPITAL BANK N.V., ) | |
| TEACHERS INSURANCE and ANNUITY ) | |
| ASSOCIATION OF AMERICA, ) | |
| WestLB AG, ) | |
| SUMITOMO MITSUI BANKING ) | |
| CORPORATION, ) | |
| TRUST COMPANY OF THE WEST and ) | |
| EXPORT DEVELOPMENT CANADA, ) | |
| ) | |
| Defendants. ) | |

**CERTAIN DEFENDANTS'**
**MOTION TO DISMISS**

Defendants:

Australia and New Zealand Banking Group Limited,
BNP Paribas,
Teachers Insurance and Annuity Association of America
WestLB AG,
Sumitomo Mitsui Banking Corporation, and
Trust Company of the West,

(collectively, the "Moving Defendants") hereby move, pursuant to Rule 12(b)(1), (2) and (6),

Fed. R. Civ. P., that the Court dismiss Plaintiff's Complaint.

In support of this motion, the Moving Defendants state as follows:

1. The sole basis upon which Plaintiff seeks to invoke the subject matter jurisdiction of this Court is alleged diversity of citizenship.

2. This action should be dismissed, pursuant to Fed. R. Civ. P. 12(b)(1), because, inter alia, there is in fact no diversity of citizenship. To avoid burdening the court with excessive filings, as to this ground for dismissal the Moving Defendants rely upon the papers filed, and arguments made, by Defendant KBC Bank N.V. and Milford Holdings, LLC.

3. This action should be dismissed, pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff has failed to state a claim upon which relief may be granted. To avoid burdening the court with excessive filings, as to this ground for dismissal the Moving Defendants rely upon the papers filed, and arguments made, by Defendant KBC Bank N.V. and Milford Holdings, LLC.

4. The claims asserted against Defendants:

> Australia and New Zealand Banking Group Limited,
> BNP Paribas,
> WestLB AG, and
> Sumitomo Mitsui Banking Corporation

should be dismissed, pursuant to Fed. R. Civ. P. 12(b)(2), for the additional ground that such Defendants are not subject to personal jurisdiction in this Court. In support of this ground for dismissal, such Defendants rely upon the Affidavits and Memorandum filed herewith.

5. The moving Defendants point out to the Court that there is no evidence of service of process upon Defendants NIB Capital Bank N.V. and Export Development Canada.

WHEREFORE, the moving Defendants pray that their Motion be granted.

By their attorneys,

      /s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
Windy L. Rosebush – BBO# 636962
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph:  617·439·4444
Fx:  617·439·4170

Dated:  July 2,  2004

## CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a true copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

      /s/ Sander A. Rikleen
Sander A. Rikleen