UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> MILFORD HOLDINGS, LLC, <br> KBC BANK N.V., <br> AUSTRALIA and NEW ZEALAND BANKING GROUP LIMITED, <br> BNP PARIBAS, <br> NIB CAPITAL BANK N.V., <br> TEACHERS INSURANCE and ANNUITY ASSOCIATION OF AMERICA, <br> WestLB AG, <br> SUMITOMO MITSUI BANKING CORPORATION, <br> TRUST COMPANY OF THE WEST and <br> EXPORT DEVELOPMENT CANADA, <br><br> Defendants. | Case No. 04 10857 NG <br><br> Magistrate Dein |

### AFFIDAVIT OF AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED IN SUPPORT OF MOTION TO DISMISS

I, Richard Scott McInnis, declare and state that:

1.  I am an employee of Defendant Australia and New Zealand Banking Group Limited ("ANZ"). I make this affidavit at the request of counsel in connection with ANZ's Motion to Dismiss. Unless stated otherwise, I have first-hand personal knowledge of the matters set forth herein, including my review of relevant file materials, and would be competent to testify thereto.

BOS_BOS_450933_2.DOC/SRIKLEEN

2. ANZ states that it is a corporation organized under the laws of Australia and is headquartered in Melbourne, Victoria, Australia. ANZ is a banking and financial services group whose businesses include personal banking and wealth management, mortgages, small to medium business, consumer finance including credit cards, corporate banking, institutional banking, investment banking, global transaction services including international payments and trade finance, foreign exchange, global capital markets, global structured finance, corporate financing and advisory, and asset finance including Esanda in Australia and UDC in New Zealand.

3. I have been advised by counsel that the contracts which give rise to this litigation provide that New York law controls and that the signatories thereto submit to the jurisdiction of the Courts in New York. Further, I have been advised by counsel that the contracts at issue were negotiated and signed outside of Massachusetts and that there has never been any agreement that Massachusetts law should control nor any consent to jurisdiction of the Courts in Massachusetts.

4. The transactions which are at issue in this case relate to an electric power plant located in Milford, Connecticut. None of the acts or omissions alleged by the Plaintiff as giving rise to the alleged cause of action against ANZ occurred in Massachusetts.

5. This action does not arise out of any allegation that ANZ caused any tortious injury by acts or omissions in Massachusetts, or caused tortious injury in Massachusetts as a result of acts or omissions taking place outside of Massachusetts.

6.  This action does not arise out of any allegations that ANZ transacted any business in Massachusetts; a contract by ANZ to provide goods or services in Massachusetts; or an agreement by ANZ to insure a person, property or risk located in Massachusetts.

7.  ANZ does not have, and has never had, a place of business or any officers or employees domiciled in Massachusetts.

8.  ANZ does not own, and has never owned, any real estate or tangible personal property in Massachusetts.

9.  ANZ does not have, and has never had, any bank accounts in Massachusetts.

10. ANZ pays no taxes to the Commonwealth of Massachusetts.

11. ANZ has contact with about 5 corporate accounts – out of about 55,400 worldwide corporate accounts- in Massachusetts. This contact involves making occasional visits- about 6 total times a year- to Massachusetts and telephone or e-mail contact once or more each quarter for each account.

12. ANZ's Massachusetts business makes up about 0.05% of its total letter of credit, loan, foreign exchange, and deposit activity business worldwide.

13. I am instructed by counsel that ANZ does not have any documents or witnesses relevant to this case which are located within Massachusetts.

BOS_BOS_450933_2.DOC/SRIKLEEN

I declare under penalty of perjury that the foregoing is true and correct, this 30TH day of June, 2004.

_____
Richard Scott McInnis

## CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a true copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

_____
Sander A. Rikleen