UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MILFORD HOLDINGS, LLC, )<br>KBC BANK N.V., )<br>AUSTRALIA and NEW ZEALAND BANKING )<br>  GROUP LIMITED, )<br>BNP PARIBAS, )<br>NIB CAPITAL BANK N.V., )<br>TEACHERS INSURANCE and ANNUITY )<br>  ASSOCIATION OF AMERICA, )<br>WestLB AG, )<br>SUMITOMO MITSUI BANKING )<br>  CORPORATION, )<br>TRUST COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT CANADA, )<br>)<br>Defendants. )<br>) | Case No. 04 10857 NG<br><br>Magistrate Dein |

## AFFIDAVIT OF Brian J. Daly IN SUPPORT OF MOTION TO DISMISS

I, Brian J. Daly, declare and state that:

1.   I am Brian J. Daly of Defendant Trust Company of the West ("TCW"). I make this affidavit at the request of counsel in connection with TCW's Motion to Dismiss. I have personal knowledge of the matters set forth herein and would be competent to testify thereto.

2. TCW is a corporation organized under the laws of California having its principal place of business at 865 South Figueroa Los Angeles California 90017. TCW has never been registered, licensed or qualified to do business in Massachusetts.

3. The contracts which give rise to this litigation provide that New York law controls and that the signatories thereto submit to the jurisdiction of the Courts in New York. The contracts at issue were negotiated and signed outside of Massachusetts. There has never been any agreement that Massachusetts law should control nor any consent to jurisdiction of the Courts in Massachusetts.

4. The transactions which are at issue in this case relate to an electric power plant located in Milford, Connecticut. None of the acts or omissions alleged by the Plaintiff to give rise to a cause of action against TCW occurred in Massachusetts.

5. This action does not arise out of TCW causing any tortious injury by acts or omissions in Massachusetts, or causing tortious injury in Massachusetts as a result of acts or omissions taking place outside of Massachusetts.

6. This action does not arise out of TCW transacting any business in Massachusetts; a contract by TCW to provide goods or services in Massachusetts; or an agreement by TCW to insure a person, property or risk located in Massachusetts.

7. TCW does not have, and has never had, a place of business or any officers or employees in Massachusetts.

8. TCW does not own, and has never owned, any real estate or tangible personal property in Massachusetts.

9. TCW does not have, and has never had, any bank accounts in Massachusetts.

BOS_BOS_451278_1.DOC/SRIKLEEN

10. TCW pays no taxes to the Commonwealth of Massachusetts.

11. TCW does not regularly solicit business from residents of Massachusetts. Nor does it regularly advertise seeking business with Massachusetts residents or conduct business in Massachusetts.

12. TCW does not derive substantial revenue from goods used or consumed in, or services rendered to residents of, Massachusetts.

13. TCW does not have any documents or witnesses relevant to this case which are located within Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct, this 2nd day of July, 2004.

                                                                                        _____

### CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a true copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

                                                                                        _____
                                                                                        Sander A. Rikleen