UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> MILFORD HOLDINGS, LLC, <br> KBC BANK N.V., <br> AUSTRALIA and NEW ZEALAND BANKING <br>   GROUP LIMITED, <br> BNP PARIBAS, <br> NIB CAPITAL BANK N.V., <br> TEACHERS INSURANCE and ANNUITY <br>   ASSOCIATION OF AMERICA, <br> WestLB AG, <br> SUMITOMO MITSUI BANKING <br>   CORPORATION, <br> TRUST COMPANY OF THE WEST and <br> EXPORT DEVELOPMENT CANADA, <br><br> Defendants. | Case No. 04 10857 NG <br><br> Magistrate Dein |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant Australia and New Zealand Banking Group Limited ("ANZ") states that it is a corporation organized under the laws of Australia and is headquartered in Melbourne, Victoria, Australia. ANZ is a banking and financial services group whose businesses include personal banking and wealth management, mortgages, small to medium business, consumer finance including credit cards, corporate banking, institutional banking, investment banking, global transaction services including international payments and trade finance, foreign exchange, global

capital markets, global structured finance, corporate financing and advisory, and asset finance including Esanda in Australia and UDC in New Zealand. ANZ has no parent corporation. No publicly held company owns 10% or more of its stock.

         /s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated: July 2, 2004

CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

         /s/ Sander A. Rikleen
Sander A. Rikleen