UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PDC MILFORD POWER, LLC., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 04 10857 NG |
| MILFORD HOLDINGS, LLC, | ) ) | Magistrate Dein |
| KBC BANK N.V., | ) | |
| AUSTRALIA and NEW ZEALAND BANKING GROUP LIMITED, | ) ) | |
| BNP PARIBAS, | ) | |
| NIB CAPITAL BANK N.V., | ) | |
| TEACHERS INSURANCE and ANNUITY ASSOCIATION OF AMERICA, | ) ) | |
| WESTLB AG, | ) | |
| SUMITOMO MITSUI BANKING CORPORATION, | ) ) | |
| TRUST COMPANY OF THE WEST and EXPORT DEVELOPMENT CANADA, | ) ) ) | |
| Defendants. | ) ) | |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

In accordance with Local Rule 7.3, Defendant BNP Paribas states that it is organized under the law of the Republic of France and licensed to do business in the State of New York. No publicly held company owns 10% or more of the stock of BNP Paribas.

/s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated:  July 2, 2004

CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

/s/ Sander A. Rikleen
Sander A. Rikleen

BOS_BOS_447264_5/SRIKLEEN