UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PDC MILFORD POWER, LLC., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 04 10857 NG |
| MILFORD HOLDINGS, LLC, | ) | Magistrate Dein |
| KBC BANK N.V., | ) | |
| AUSTRALIA and NEW ZEALAND BANKING GROUP LIMITED, | ) ) | |
| BNP PARIBAS, | ) | |
| NIB CAPITAL BANK N.V., | ) | |
| TEACHERS INSURANCE and ANNUITY ASSOCIATION OF AMERICA, | ) ) | |
| WestLB AG, | ) | |
| SUMITOMO MITSUI BANKING CORPORATION, | ) ) | |
| TRUST COMPANY OF THE WEST and | ) | |
| EXPORT DEVELOPMENT CANADA, | ) ) | |
| Defendants. | ) ) | |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

In accordance with Local Rule 7.3, Defendant Teachers Insurance and Annuity Association of America states that it is a New York insurance corporation and has no parent corporation. No publicly held company owns 10% or more of its stock.

- 2 -

/s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated: July 2, 2004

## CERTIFICATE OF SERVICE

    I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

Sander A. Rikleen