UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                                )
PDC MILFORD POWER, LLC.,                        )
                                                )
                Plaintiffs,                     )
                                                )
        v.                                      )   Case No. 04 10857 NG
                                                )
MILFORD HOLDINGS, LLC,                          )   Magistrate Dein
KBC BANK N.V.,                                  )
AUSTRALIA and NEW ZEALAND BANKING               )
    GROUP LIMITED,                              )
BNP PARIBAS,                                    )
NIB CAPITAL BANK N.V.,                          )
TEACHERS INSURANCE and ANNUITY                  )
    ASSOCIATION OF AMERICA,                     )
WestLB AG,                                      )
SUMITOMO MITSUI BANKING                         )
    CORPORATION,                                )
TRUST COMPANY OF THE WEST and                   )
EXPORT DEVELOPMENT CANADA,                      )
                                                )
                Defendants.                     )
_____)


## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant WestLB AG states that it is a non-

publicly traded German joint stock company, held by three non-publicly traded entities

created under Germany law; NRW.BANK, Rheinischer Sparkassen- und Giroverband

and Westfälisch-Lippischer Sparkassen- und Giroverband.

_____/s/ Sander A. Rikleen_____
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph:  617·439·4444
Fx:  617·439·4170

Dated:  July 2, 2004

## CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

/s/ Sander A. Rikleen
Sander A. Rikleen

BOS_~9694458/SRIKLEEN