UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04 10857 NG |
| ) | |
| MILFORD HOLDINGS, LLC, ) | Magistrate Dein |
| KBC BANK N.V., ) | |
| AUSTRALIA and NEW ZEALAND BANKING ) | |
|   GROUP LIMITED, ) | |
| BNP PARIBAS, ) | |
| NIB CAPITAL BANK N.V., ) | |
| TEACHERS INSURANCE and ANNUITY ) | |
|   ASSOCIATION OF AMERICA, ) | |
| WestLB AG, ) | |
| SUMITOMO MITSUI BANKING ) | |
|   CORPORATION, ) | |
| TRUST COMPANY OF THE WEST and ) | |
| EXPORT DEVELOPMENT CANADA, ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant Sumitomo Mitsui Banking Corporation ("SMBC") states that it is incorporated in Japan. SMBC is a wholly owned subsidiary of Sumitomo Mitsui Financial Group, Inc. ("SMFG"), also incorporated in Japan. The common stock of SMFG is listed on the Tokyo Stock Exchange and other stock exchanges in Japan, but does not trade on any U.S. exchange. No publicly held company owns 10% or more of SMFG stock.

/s/ Sander A. Rikleen
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
Ph:  617·439·4444
Fx:  617·439·4170

Dated:  July 2, 2004

## CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

/s/ Sander A. Rikleen
Sander A. Rikleen