UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> MILFORD HOLDINGS, LLC, <br> KBC BANK N.V., <br> AUSTRALIA and NEW ZEALAND BANKING <br>   GROUP LIMITED, <br> BNP PARIBAS, <br> NIB CAPITAL BANK N.V., <br> TEACHERS INSURANCE and ANNUITY <br>   ASSOCIATION OF AMERICA, <br> WestLB AG, <br> SUMITOMO MITSUI BANKING <br>   CORPORATION, <br> TRUST COMPANY OF THE WEST and <br> EXPORT DEVELOPMENT CANADA, <br><br> Defendants. | Case No. 04 10857 NG <br><br> Magistrate Dein |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3, Defendant Trust Company of the West ("TCW") states that it is a California Corporation and is wholly owned by The TCW Group, Inc., its majority parent company is Societe Generale Asset Management. Societe Generale, parent of Societe Generale Asset Management is a public company listed in France, which indirectly owns 10% or more of TCW's stock

*[signature]*
Sander A. Rikleen – BBO# 420280
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Ph: 617·439·4444
Fx: 617·439·4170

Dated: July 2, 2004

### CERTIFICATE OF SERVICE

I, Sander A. Rikleen, hereby certify that on July 2, 2004, I served the above document upon the other parties who have appeared herein by mailing a copy thereof, first class mail, postage prepaid, to their counsel of record and by filing the same electronically.

*[signature]*
Sander A. Rikleen