UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PDC MILFORD POWER, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>MILFORD HOLDINGS, LLC, KBC )<br>BANK N.V., AUSTRALIA and )<br>NEW ZEALAND BANKING )<br>GROUP LIMITED, BNP PARIBAS, )<br>NIB CAPITAL BANK N.V., )<br>TEACHERS INSURANCE and )<br>ANNUITY ASSOCIATION OF )<br>AMERICA, WestLB AG, )<br>SUMITOMO MITSUI BANKING )<br>CORPORATION, TRUST )<br>COMPANY OF THE WEST and )<br>EXPORT DEVELOPMENT )<br>CANADA )<br>Defendants )<br>) | Civil Action No.   04-10857-NG<br>Magistrate Dein |

## PLAINTIFF'S NOTICE OF NO OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, PURSUANT TO RULE 12(b)(1), FOR LACK OF DIVERSITY JURISDICTION

Plaintiff, PDC Milford Power LLC ("PDC") hereby notifies the Court that it does not oppose the motions of the various defendants to dismiss the above-entitled matter, pursuant to Rule 12(b)(1) Fed.R.Civ.P., on the grounds that the Court lacks subject matter jurisdiction due to lack of complete diversity between the parties. PDC further states that:

1. While the First Circuit Court of Appeals has not squarely addressed the issue of diversity in the setting of a limited liability corporation, the Courts that have addressed the issue, have ruled along the lines urged by the Defendants.

607600_1

2. Defendant KBC Bank N.V. ("KBC") has, since the initiation of this matter, initiated suit against PDC in the state courts of New York ("the New York litigation"). PDC has, today, served an Answer and Counterclaim against KBC raising many of the issues previously raised in this litigation.

3. Milford Power Company, LLC (the "Project Company") has, since the initiation of this matter, initiated suit in the Chancery Court for the State of Delaware against PDC. PDC has, today, served an Answer in that case.

4. The interests of justice are adequately served by litigation of the issues, which are raised herein, in the context of the New York litigation. Neither the interests of justice, nor the interests of PDC, which has finite resources for pursuing its legal rights, are served by battling over jurisdictional issues and urging this Court to diverge from the currently prevailing case law.

For all the reasons stated above, PDC consents to dismissal of this case for lack of diversity jurisdiction.

Respectfully submitted,
**PDC Milford Power, LLC**
By its attorneys,

_____
Gary C. Crossen (BBO#106580)
Rebecca Tepper (BBO#567934)
Stephen G. DeLisle (BBO#650941)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

607600_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PDC MILFORD POWER, LLC,<br>          Plaintiff,<br><br>v.<br><br>MILFORD HOLDINGS, LLC,<br>KBC BANK, N.V., AUSTRALIA and<br>NEW ZEALAND BANKING GROUP<br>LIMITED, BNP PARIBAS, NIB CAPITAL<br>BANK N.V., TEACHERS INSURANCE and<br>ANNUITY ASSOCIATION OF AMERICA,<br>WestLB AG, SUMITOMO MITSUI<br>BANKING CORPORATION, TRUST<br>COMPANY OF THE WEST and<br>EXPORT DEVELOPMENT CANADA,<br>          Defendants. | Case No. 04-10857 NG<br>Magistrate Dein |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I served **Plaintiff's Notice of No Opposition to Defendants' Motions to Dismiss, Pursuant to Rule 12(b)(1), for Lack of Diversity Jurisdiction** by sending a copy of same by hand delivery to the following:

James L. Messenger, Esq.
Weil, Gotshal & Manges
100 Federal Street
Boston, MA 02110

Sander A. Rikleen, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Daryl J. Lapp, Esq.
Daniel Gordon Cromack, Esq.
Palmer & Dodge, LLP
111 Huntington Avenue
Prudential Center
Boston, MA 02199

Dated: August 6, 2004

                                                                             Stephen G. DeLisle, BBO #650941
                                                                             Rubin and Rudman LLP
                                                                             50 Rowes Wharf
                                                                             Boston, MA 02110
                                                                             (617) 330-7000

607662_1