UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PDC MILFORD POWER, LLC**
    **Plaintiff**

**V.**

**MILFORD HOLDINGS, LLC, et al**
    **Defendants**

**CIVIL ACTION**

**NO. 04cv10857NG**

### ORDER OF DISMISSAL

**GERTNER, D. J.**

In accordance with the Court's allowance of the Defendants' motion to Dismiss on **August 18, 2004**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

**8/18/2004**
**Date**

**/s/ Jennifer Filo**
**Deputy Clerk**

**(odismendo.wpd - 12/98)** **[odism.]**